IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN,<br><br>      Plaintiff,<br><br>  v.<br><br>BLOOMBERG, L.P., and BLOOMBERG, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)  C.A. No.<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

In accordance with Fed. R. Civ. P. 65, Plaintiff Yuchen Justin Sun ("Plaintiff"), by and through his undersigned counsel, hereby move this Honorable Court, for a temporary restraining order and a preliminary injunction, requiring the following:

1. Enjoining Defendants, preliminarily until hearing, and thereafter indefinitely, from publishing the amounts of any specific cryptocurrency owned by Plaintiff.

As set forth in Plaintiff's supporting Opening Brief submitted herewith, Plaintiff seeks such injunctive relief from the Court to prevent Plaintiff from incurring irreparable harm that would occur if Defendants published the amounts of specific cryptocurrencies owned by Plaintiff.

Defendants reserve the right to modify, amend, or otherwise alter the terms of the preliminary injunction sought in accordance with the evidence and the attendant circumstances.

| | |
|---|---|
| Dated:  August 11, 2025 | BAKER & HOSTETLER LLP |
| | |
| | /s/  *Jeffrey J. Lyons* |
| | Jeffrey J. Lyons (#6437) |
| | 1201 N. Market Street, Suite 1407 |
| | Wilmington, DE 19801 |
| | (302) 407-4222 |
| | jjlyons@bakerlaw.com |
| | |
| | *Attorney for Plaintiff Yuchen Justin Sun* |