IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLOOMBERG, L.P., and BLOOMBERG, )<br>INC., )<br>)<br>Defendants. ) | C.A. No. |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A
TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

The Court, having considered Plaintiff Yuchen Justin Sun's ("Plaintiff") Motion for a Temporary Restraining Order and a Preliminary Injunction (the "Motion"), and for good cause shown, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **GRANTED** for the following reasons:

    a.    Specific facts outlined Plaintiff's Brief in Support show that immediate and irreparable injury and damage will result to Plaintiff before Defendants can be heard in opposition. Without immediate injunctive relief, Plaintiff will be irreparably harmed by the publication of his private financial information, including the publication of the amounts of specific cryptocurrencies he owns, in violation of promises made by Defendants to Plaintiff, resulting in imminent risk of theft, hacking, kidnapping, and bodily harm.

    b.    Plaintiff will likely succeed on the merits of his claims on which he seeks injunctive relief.

c.      The balance of the equities in this matter favors the entry of the relief sought because Plaintiff has shown that he would suffer more harm in the absence of this Order than Defendants will suffer as a result of this Order.

d.      The public interest in maintaining the privacy of individuals and the sanctity of promises favors entry of this Order.

Until further Order of this Court, **IT IS FURTHER HEREBY ORDERED THAT:** Defendants are ordered to refrain from publishing the amounts of any specific cryptocurrency owned by Plaintiff. This Order shall remain in effect until the resolution of Plaintiff's Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**


Dated:_____                    _____
                                                                DISTRICT COURT JUDGE