IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. |
| | ) | |
| v. | ) | |
| | ) | |
| BLOOMBERG, L.P., and BLOOMBERG, INC., | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF ISABELLE CORBETT STERLING IN SUPPORT OF PLAINTIFF'S MOTION**
<u>**FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**</u>

I, Isabelle Corbett Sterling, declare as follows:

1. I am counsel in the law firm of Baker & Hostetler LLP, attorneys for Plaintiff Yuchen Justin Sun ("Plaintiff" or "Mr. Sun") in the above-entitled action. This Declaration is submitted in support of the Mr. Sun's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). I have personal knowledge of the facts stated below and if called to do so, I could and would competently testify as follows.

2. On or around August 2, 2025, my firm sent Bloomberg a cease-and-desist letter, demanding Bloomberg immediately cease and desist from any use, disclosure, or publication of any information—verbal or written—regarding Mr. Sun's sensitive financial holdings ("Confidential Financial Information") other than the total net worth and the asset type and classification.

3. Between August 7 and August 11, 2025, I along with other attorneys at Baker & Hostetler engaged in multiple meet-and-confer discussions with counsel for Bloomberg regarding Mr. Sun's concerns about the anticipated publication of his Confidential Financial Information and

the material inaccuracies of the information Bloomberg states it intends to publish. During these conversations, I and other Baker & Hostetler attorneys repeatedly requested confirmation from Bloomberg that it would refrain from publishing Mr. Sun's Confidential Financial Information. Bloomberg never provided the requested assurances.

4. On August 11, 2025, I and other Baker & Hostetler attorneys had another call with Bloomberg during which its Counsel would not agree that Bloomberg would not publish Mr. Sun's Confidential Financial Information, including detail on the amounts of specific cryptocurrencies Mr. Sun owns.

5. Although Counsel for Bloomberg declined to provide a specific date or time for publication, on August 7, 2025, they indicated that publication was "imminent." Bloomberg confirmed their intention to publish as proposed including Mr. Sun's Confidential Financial Information as well information that is materially incorrect via email on August 11, 2025. Bloomberg's imminent publication of Mr. Sun's Confidential Financial Information necessitated the immediate and urgent filing of the Motion.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Executed on the 11th day of August, 2025, at Napa, California 94558.

_____
Isabelle Corbett Sterling