# EXHIBIT D

Technology

# French Crypto Startup Co-Founder Freed After Kidnapping

By Benoit Berthelot
January 23, 2025 at 4:55 AM MST
Updated on January 23, 2025 at 12:26 PM MST

> ✦ **Takeaways** by Bloomberg AI ⌃
>
> - David Balland, co-founder of Ledger SAS, was kidnapped from his home in central France and later released after a police operation.
> - The kidnappers demanded a ransom in cryptocurrency from another Ledger co-founder, and part of the ransom was paid and traced by authorities.
> - Ten individuals, including nine men and one woman, are in custody in connection with the kidnapping, and Balland is receiving medical treatment for a hand injury.

Tell us how AI is shaping your news experience. Share your feedback

A co-founder of French crypto wallet startup Ledger SAS and his partner were released after being kidnapped in central France, the Paris prosecutor's office said on Thursday.

David Balland was taken from his home in the early hours of Tuesday and freed on Wednesday night after a police operation in Châteauroux. His partner was also kidnapped, and released on Thursday. After Balland and his partner were separated, the kidnappers approached another Ledger co-founder with a substantial ransom demand in cryptocurrency, the Paris prosecutor said.

"Part of the ransom has been paid. Almost all of it has been traced, frozen and seized," Paris prosecutor Laure Beccuau said in a press conference Thursday, without disclosing the amount. Ten individuals are in custody, nine men and one woman between the ages of 20 and 40, most of whom were already known to the law, Beccuau added.

Ledger specializes in making hardware wallets for crypto investors to store their digital assets. It raised €100 million ($104 million) in 2023, valuing the

company at €1.3 billion.

Ledger opened a factory in Vierzon in 2019, a small city in the center of France, to manufacture some of its physical crypto wallets. The company says it has around 700 employees, and is headquartered in Paris.

Balland was among the co-founders of Ledger in 2014, and was the site director of the company factory in Vierzon from 2019 to 2021, according to his Linkedin profile.

After his kidnapping, Balland was taken in a car to another location, where he was held captive. Emergency services are now treating him, the prosecutor's office said, after a mutilation of his hand. His partner was found tied up in a vehicle in Etampes, south of Paris. Elite police teams and cyber teams collaborated to solve the case, the Paris prosecutor said.

*(Updates with comments from the police press conference, beginning in the third paragraph.)*

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ↗

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

©2025 Bloomberg L.P. All Rights Reserved.