# EXHIBIT E

# Bloomberg Billionaires Index - Brian Armstrong

Ⓑ **bloomberg.com**/billionaires/profiles/brian-armstrong

Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak, Andrew Heathcote                    March 1, 2017



Armstrong is the chief executive and co-founder of Coinbase, a digital currency platform. The San Francisco-based company allows users to buy and sell digital assets, including Bitcoin, Ethereum and Litecoin, and has around $328 billion in assets held on its platform. It reported revenue of $6.6 billion in 2024.

As of August 7, 2025 :

Last change +$283M ( +2.2%)

YTD change +$2.42B ( +22.5%)

Biggest asset COIN US Equity

Country / Region United States

Age 42

Industry Technology

View net worth over:   Max 1 year 1 quarter 1 month 1 week



## Net Worth Summary

Cash

Private asset

Public asset

Misc. liabilities

 Mouse over or tap for more info

Confidence rating:

The majority of Armstrong's fortune is derived from his ownership of cryptocurrency trading platform Coinbase. The San Francisco-based company holds around $328 billion in assets on its platform, according to its website, and reported revenue of $6.6 billion in 2024.

Armstrong is calculated to hold a 14% stake in the firm, which he holds directly and through trusts, according to a July 2024 Form 4 filing and the 2025 proxy statement. Armstrong co-founded the company in 2012.

The value of his cash holdings is based on an analysis of historical transactions, stock performance and tax.

Armstrong is a co-founder of and investor in NewLimit, a biotechnology company which aims to expend the human lifespan, according to its website. He's credited with a 19% stake in the firm, which is valued based on its $825 post-money valuation as of a May 2025 funding

round, according to Pitchbook data. Armstrong and co-founder Blake Byers have committed a combined $110 million in personal funds to the startup, according to a May 2025 TechCrunch report, and half of the sum has been deducted from Armstrong's cash balance.

Paul Cafiero, a spokesperson for Coinbase, declined to comment on the net worth calculation.

Education: William Marsh Rice University, William Marsh Rice University

Armstrong grew up in San Jose, California, and studied economics and computer science at Rice University in Houston, graduating in 2005. While at university, he set up online tuition directory Universitytutor.com, and was its chief executive until 2012.

After graduating, Armstrong worked at Deloitte & Touche as a risk management consultant, before joining Airbnb as a software engineer in 2011. He founded Coinbase with Fred Ehrsam in 2012, initially running the business from an apartment in San Francisco.

In December 2013, Coinbase completed a $25 million funding round led by Andreessen Horowitz. The platform reached 30 million users in July 2019. It began trading on the Nasdaq exchange in 2021.

**Milestones**

2005 Graduates from Rice University with computer science master's.

2012 Sets up Coinbase in a two-bedroom apartment in San Francisco.

2013 Coinbase receives $25 million funding round led by Andreessen Horowitz.

2021 Coinbase debuts on Nasdaq through a direct listing.

2023 SEC sues Coinbase, accusing it of running illegal exchange.

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

# Bloomberg Billionaires Index - Cameron Winklevoss

Ⓑ **bloomberg.com**/billionaires/profiles/cameron-h-winklevoss

Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak, Andrew Heathcote                    March 1, 2017



Winklevoss is the co-founder of Gemini, an exchange for cryptocurrency, and with twin brother Tyler is thought to be one of the biggest owners of Bitcoin. The duo received a multi-million dollar settlement in 2008 after claiming Mark Zuckerberg stole their idea for a social-networking website to start Facebook.

As of August 7, 2025 :

Last change +$3.67M ( +0.1%)

YTD change +$1.19B ( +20.3%)

Biggest asset Cryptocurrency Holdings

Country / Region United States

Age 43

Industry Technology

View net worth over:    Max  1 year  1 quarter  1 month  1 week



## Net Worth Summary

---

Cash

Private asset

Public asset

Misc. liabilities

 Mouse over or tap for more info

Confidence rating:

The majority of Winklevoss's fortune is derived from his cryptocurrency holdings. Winklevoss and his twin brother Tyler bought $11 million worth of Bitcoin in April 2013, according to an article in the New York Times. That was around 0.7% of the supply of Bitcoin then in existence.

Bloomberg's calculation assumes they haven't diversified out of bitcoin or other crypto currencies since then, which reflects what the twins told the New York Times in December 2017. Each are credited with half of the calculated holding, and the currency is valued using the bitcoin auction price, according to data compiled by Bloomberg.

The twins received a $65 million settlement from Facebook in 2008 after claiming Mark Zuckerberg stole their idea for a social-networking website. They received $20 million in cash and $45 million worth of Facebook stock, according to a Sept. 17, 2012 article in the

Hollywood Reporter. Each brother is credited with half the settlement and they're calculated to have sold all their Facebook shares at the time of the company's initial public offering in 2012. Asset purchases, taxes and legal fees are deducted from this cash balance.

They founded Gemini Trust Co. in 2014. The cryptocurrency exchange was valued at $7.1 billion in a November 2021 funding round. The brothers owned a minimum of 75% of the company following the investment, according to a person familiar with the transaction, and its assumed that stake is equally split between the brothers. Its revenue for 12 months ending Dec. 2024 is calculated at $192 million, based on Coinbase Global Inc.'s revenue in that period of $6.6 billion and their comparative spot market volumes, according to CoinDesk Data. Its valued using the enterprise value-to-sales multiple of publicly traded peers Coinbase, Galaxy Digital Holdings and Riot Platforms Inc.

Gemini did not respond to a request for comment on the net worth calculations in November 2023.

Education: President & Fellows of Harvard College, Said Business School

Cameron Howard Winklevoss was born on Aug. 21, 1981 in Southampton, New York. The son of an actuary who was a professor at Wharton. He matriculated to Harvard College in 2000 with his twin brother Tyler, where he studied economics and was a member of the university's rowing crew.

The twins and their classmate Divya Narendra approached fellow student Mark Zuckerberg to work on a social network for Harvard students in November 2003. Zuckerberg launched an early version of Facebook in February 2004 and the Winklevoss brothers sued claiming Zuckerberg had broken his contract with them. The twins settled the case for a reported $65 million in 2008, according to a Sept. 17, 2012 article in the Hollywood Reporter.

The pair used the proceeds to set up an investment firm and bought $11 million worth of bitcoin in April 2013, according to an article in the New York Times.

The twins setup cryptocurrency exchange and custodial platform Gemini in 2014. In November 2021 a venture capital fundraising round valued the business at $7.1 billion. In March 2025 it confidentially filed for an initial public offering, Bloomberg reported.

**Milestones**

1981 The Winklevoss twins are born in Southampton, New York.

2000 Starts to study at Harvard College.

2003 Asks Mark Zuckerberg to work on a social networking project.

2004 Mark Zuckerberg starts thefacebook.com.

2008 Agrees to $65 million settlement with Facebook.

2010 Represents Oxford University in the 156th Boat Race.

2013 Buys $11 million worth of bitcoin.

2017 Bitcoin holdings push net worth above $1 billion.

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

# Bloomberg Billionaires Index - Changpeng Zhao

**B** **bloomberg.com**/billionaires/profiles/changpeng-zhao

Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak, Andrew Heathcote                    March 1, 2017



Zhao is the founder of Binance, the world's largest cryptocurrency-exchange by volume. The company offers markets in more than 360 cryptocurrencies and has said it has over 150 million users. Zhao was sentenced to four months jail in April 2024 after pleading guilty to anti-money laundering violations.

As of August 7, 2025 :

Last change +$396M ( +1%)

YTD change -$11.7B ( -22%)

Biggest asset Binance Holdings Ltd

Country / Region Canada

Age 48

Industry Finance

View net worth over:   Max 1 year 1 quarter 1 month 1 week



## Net Worth Summary

Cash

Private asset

Public asset

Misc. liabilities

 Mouse over or tap for more info

Confidence rating:

Zhao's fortune is derived from his controlling stake in Binance, a crypto exchange. Binance is the world's largest cryptocurrency-exchange by trading volume, according to its website, and had more than 150 million users as of August 2023.

Binance's revenue of $9.8 billion is calculated using the average of the company's trailing 12-month spot and derivative trading volumes through March 2024, as tracked by research services Coingecko.com and CCData, and the average of transaction fees disclosed on Binance's website, calculated separately for spot and derivative volumes.

It's valued using the average enterprise value-to-sales multiple of publicly-traded peers Coinbase Global Inc, Galaxy Digital Holdings Ltd and Riot Platforms Inc and has been discounted by 50% due to institutional, regulatory and related risks. The revenue figure used in the calculation was updated in March 2024 and this led to net worth gain of about $11 billion.

Zhao is credited with 90% of Binance based on his public statements and filings in regions where ownership is publicly disclosed.

He also owns Binance.US, a related US exchange, that was valued at $4.7 billion in a March 2022 fundraising round. He's calculated to own an 86% stake in the firm based on the firm's fundraising history. After it was sued by the Securities & Exchange Commission in June 2023 it announced it would be transitioning to a crypto-only model and would no longer be supporting dollar transactions. Following these actions its value was reduced to zero, causing a $1 billion drop in Zhao's fortune.

The billionaire has said that he's also invested in Bitcoin and Binance Coin. Cryptocurrency held directly by the billionaire isn't included because the amount is unknown.

Hazel Watts, a spokesperson for Binance, said in January 2022 that valuation estimates for Binance were "incorrect and far off" without providing further details. The company didn't respond to a request for comment in October 2023.

Education: McGill University

Born in Jiangsu, China in 1977, Zhao's mother was a teacher and his father an academic. The family moved to Canada in the late 1980s after his father got a job at the University of British Columbia.

Zhao started coding at about 16 and later completed a computer science degree in Montreal at McGill University. An internship in Japan was followed by a stint at Bloomberg's Tradebook in New York starting in 2001.

He moved to Shanghai in 2005 to develop high-frequency trading software at Fusion Systems. An interest in cryptocurrency began in 2013 following a discussion at a poker game. He later downloaded the Bitcoin white paper and began learning about the technology.

After about a year at Blockchain.info beginning in late 2013, Zhao founded a startup that provided systems and software to exchanges before starting Binance in 2017. By 2018, Binance was the biggest cryptocurrency exchange in the world.

Zhao, Binance and Binance.US were sued by the SEC in June 2023 for mishandling customer funds, misleading investors and regulators, and breaking securities rules. He pleaded guilty to anti-money laundering and sanctions violations and agreed to step down as chief executive officer of the firm in a settlement in November 2023. In April 2024, he was ordered to spend four months in prison.

**Milestones**
      2001 Starts work at Bloomberg Tradebook.

2005 Moves to Shanghai to join Fusion Systems.

2015 Startup Bijie Tech is founded.

2017 Binance is founded.

2023 Pleads guilty to anti-money laundering and US sanctions violations

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

# Bloomberg Billionaires Index - Michael Saylor

B **bloomberg.com**/billionaires/profiles/michael-j-saylor

Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak, Andrew Heathcote                              March 1, 2017



Saylor is the founder and chief executive of MicroStrategy, the largest publicly traded owner of Bitcoin. The Tysons Corner, Virginia-based company owned over 580,000 Bitcoin tokens valued at about $60 billion in May 2025. It began as a data analytics provider and had revenue of $463 million in 2024.

As of August 7, 2025 :

Last change +$372M ( +4.5%)

YTD change +$2.30B ( +36.1%)

Biggest asset MSTR US Equity

Country / Region United States

Age 60

Industry Technology

View net worth over:   Max 1 year 1 quarter 1 month 1 week



## Net Worth Summary

Cash

Private asset

Public asset

Misc. liabilities

 Mouse over or tap for more info

Confidence rating:

The majority of Saylor's fortune is derived from his stake in MicroStrategy, a Bitcoin treasury company. MicroStrategy is the largest publicly traded owner of Bitcoin, according to a November 2024 Bloomberg News report. It owned over 580,000 Bitcoin tokens valued at about $60 billion as of May 2025, according to a press release.

Saylor owns about an 8% stake in MicroStrategy, consisting of 19.6 million shares of Class B stock as well as 382,000 Class A shares, according to the company's 2025 proxy filing.

Saylor said that he personally held 17,732 Bitcoin in an X post on Oct. 28, 2020. His Bitcoin holdings are excluded from the net worth calculation because his continued ownership of the asset couldn't be verified.

Cash holdings are mainly derived from the sale of MicroStrategy stock, including over $410 million worth of stock sales in 2024. The value of his cash investments and dividend income are adjusted for taxes and market performance.

A MicroStrategy representative didn't respond to a request for comment on Saylor's net worth in January 2025.

Education: Massachusetts Institute of Technology

Born into a military family in Lincoln, Nebraska in 1965, Saylor lived on various US military bases across the world as a child. He attended the Massachusetts Institute of Technology on an Air Force scholarship, where he played guitar in a rock band and flew gliders. Saylor graduated with honors in 1987, having earned degrees in aeronautics and science.

Saylor commissioned as a second lieutenant in the Air Force, but a benign heart murmur prevented him from becoming a pilot, so he pivoted to business. He co-founded data analytics company MicroStrategy, Inc. with his MIT fraternity brother Sanju Bansal in 1989, at the age of 24. The company, which licensed enterprise software to corporations, signed a major contract with McDonald's three years later and began trading publicly in 1998, at the height of the dot-com boom.

By 2000, the company's share price had risen by more than 5,000% and Saylor's personal stake had ballooned to $7.5 billion. He became a significant player in the Washington, D.C.-area tech scene, receiving multiple invitations to the White House and announcing he would run for president in February 2000; he later said he was "half-joking."

MicroStrategy's share price fell a month later after the company announced it would be restating its financials for the prior two years. Saylor and two other MicroStrategy executives settled with the SEC for $11 million in December 2000 over accusations that the company's revenues had been overstated.

The company continued to market its business intelligence software through the following two decades. Saylor became a prominent Bitcoin advocate as the digital asset gained popularity in the late 2010s, and in August 2020, MicroStrategy converted $250 million of cash holdings on its balance sheet to Bitcoin. Over the next five years, it continued to purchase the cryptocurrency. By 2025, it owned over $41 billion worth of the digital asset -- more than 2% of all Bitcoin that will ever exist, its market capitalization exceeded $100 billion, and it had joined the Nasdaq 100.

**Milestones**

1965 Michael Saylor is born into a military family in Lincoln, Neb.

1987 Graduates from MIT on an Air Force scholarship with high honors.

1998 MicroStrategy files for a $36 million IPO.

2020 MicroStrategy purchases Bitcoin for the first time.

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

# Bloomberg Billionaires Index - Tyler Winklevoss

B **bloomberg.com**/billionaires/profiles/tyler-winklevoss

Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak, Andrew Heathcote                    March 1, 2017



Winklevoss is the co-founder of Gemini, an exchange for cryptocurrency, and with twin brother Cameron is thought to be one of the biggest owners of Bitcoin. The duo received a multi-million dollar settlement in 2008 after claiming Mark Zuckerberg stole their idea for a social-networking website to start Facebook.

As of August 7, 2025 :

Last change +$3.67M ( +0.1%)

YTD change +$1.19B ( +20.3%)

Biggest asset Cryptocurrency Holdings

Country / Region United States

Age 43

Industry Technology

View net worth over:   Max 1 year 1 quarter 1 month 1 week



## Net Worth Summary

---

Cash

Private asset

Public asset

Misc. liabilities

 Mouse over or tap for more info

Confidence rating:

The majority of Winklevoss's fortune is derived from his cryptocurrency holdings. Winklevoss and his twin brother Cameron bought $11 million worth of Bitcoin in April 2013, according to an article in the New York Times. That was around 0.7% of the supply of Bitcoin then in existence.

Bloomberg's calculation assumes they haven't diversified out of Bitcoin or other cryptocurrencies since then, which reflects what the twins told the New York Times in December 2017. Each are credited with half of the calculated holding, and the currency is valued using the Bitcoin auction price, according to data compiled by Bloomberg.

The twins received a $65 million settlement from Facebook in 2008 after claiming Mark Zuckerberg stole their idea for a social-networking website. They received $20 million in cash and $45 million worth of Facebook stock, according to a Sept. 17, 2012 article in the

Hollywood Reporter. Each brother is credited with half the settlement and they're calculated to have sold all their Facebook shares at the time of the company's initial public offering in 2012. Asset purchases, taxes and legal fees are deducted from this cash balance.

They founded Gemini Trust Co. in 2014. The cryptocurrency exchange was valued at $7.1 billion in a November 2021 funding round. The brothers owned a minimum of 75% of the company following the investment, according to a person familiar with the transaction, and its assumed that stake is equally split between the brothers. Its revenue for 12 months ending Dec. 2024 is calculated at $192 million, based on Coinbase Global Inc.'s revenue in that period of $6.6 billion and their comparative spot market volumes, according to CoinDesk Data. Its valued using the enterprise value-to-sales multiple of publicly traded peers Coinbase, Galaxy Digital Holdings and Riot Platforms Inc.

Gemini did not respond to a request for comment on the net worth calculations in November 2023.

Education: President & Fellows of Harvard College, Oxford Said Business School Ltd

Tyler Howard Winklevoss was born on Aug. 21, 1981 in Southampton, New York. The son of an actuary who was a professor at Wharton. He matriculated to Harvard College in 2000 with his brother Cameron, where he studied economics and was a member of the university's rowing crew.

The twins and their classmate Divya Narendra approached fellow student Mark Zuckerberg to work on a social network for Harvard students in November 2003. Zuckerberg launched an early version of Facebook in February 2004 and the Winklevoss brothers sued claiming Zuckerberg had broken his contract with them. The twins settled the case for a reported $65 million in 2008, according to a Sept. 17, 2012 article in the Hollywood Reporter.

The twins setup cryptocurrency exchange and custodial platform Gemini in 2014. In November 2021 a venture capital fundraising round valued the business at $7.1 billion. In March 2025 it confidentially filed for an initial public offering, Bloomberg reported.

**Milestones**

1981 The Winklevoss twins are born in Southampton, New York.

2000 Starts to study at Harvard College.

2003 Asks Mark Zuckerberg to work on a social networking project.

2004 Mark Zuckerberg starts thefacebook.com.

2008 Agrees to $65 million settlement with Facebook.

2010 Represents Oxford University in the 156th Boat Race.

2013 Buys $11 million worth of bitcoin.

2017 Bitcoin holdings push net worth above $1 billion.

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang