# EXHIBIT A



Sprina Wang <sprina@tron.network>

## Justin Sun wealth inquiry from Bloomberg News
5 messages

---

**Muyao Shen (BLOOMBERG/ NEWSROOM/)** <mshen118@bloomberg.net>  
Reply-To: Muyao Shen <mshen118@bloomberg.net>  
To: sprina@tron.network  
Cc: dsloan35@bloomberg.net  

Wed, Feb 26, 2025 at 11:04 AM

Hi Sprina,  
Hope you are doing well!  
As I mentioned in our brief call earlier, I am emailing you to request evidences and documents for our wealth team (Dylan who's cc'd here) that can prove Justin Sun's personal wealth. Ideal documents including crypto wallets belonging to Justin, his personal investments, real estate etc. Dylan may have additional ideas in terms of what documents can help.

Thanks very much!

Best,  
Muyao

---

Muyao Shen  
Bloomberg News, Crypto  
O: 212-617-7817

---

**Dylan Sloan (BLOOMBERG/ NEWSROOM/)** <dsloan35@bloomberg.net>  
Reply-To: Dylan Sloan <dsloan35@bloomberg.net>  
To: mshen118@bloomberg.net, sprina@tron.network  

Wed, Feb 26, 2025 at 11:53 AM

Hi Sprina--

Nice to meet you. As Muyao mentioned, I cover wealth here at Bloomberg, which includes compiling net worth estimates for the Bloomberg Billionaires Index, our list of the world's richest people.

We assume that the majority of Justin's wealth is held in crypto. To properly account for that, it would be helpful to have as comprehensive a list as you can provide of all wallet addresses controlled by Justin as a starting point. Once I have a better sense of what you're able to share, I'll likely have some follow-up questions. Feel free to call anytime at (646) 803-1639 or text my cell at (203) 499-9263 if want to chat.

Dylan

---

Dylan Sloan  
Bloomberg News  
dsloan35@bloomberg.net  
o: +1 (646) 803-1639  
c: +1 (203) 499-9263

[Quoted text hidden]

---

**Sprina Wang** <sprina@tron.network>  
To: Dylan Sloan <dsloan35@bloomberg.net>  
Cc: mshen118@bloomberg.net, Yeweon Park <yeweon.park@tron.network>, Timothy Chung <timothy.chung@tron.network>  

Wed, Feb 26, 2025 at 12:21 PM

Hi Muyao,

Thank you for linking us.

Hi Dylan,

Very nice to meet you.
@Timothy Chung will send you a list of Justin's wallet addresses.

Please feel free to ask any questions you may have.

Thank you
Best Regards



**Sprina Wang**
Director of Marketing
Sprina@tron.network

Tron Network Ltd.   |   tron.network   |   trondao.org

[Quoted text hidden]

---

**Sprina Wang** <sprina@tron.network>                                                                 Wed, Feb 26, 2025 at 6:48 PM
To: Dylan Sloan <dsloan35@bloomberg.net>
Cc: mshen118@bloomberg.net, Yeweon Park <yeweon.park@tron.network>, Timothy Chung <timothy.chung@tron.network>

Hi Dylan,

May I know how long it will take?
Can your team pls use Telegram for privacy issues for this matter?
My Telegram ID is luckySprina, pls ping me there and I will group you.

Thank you
Best Regards



**Sprina Wang**
Director of Marketing
Sprina@tron.network

Tron Network Ltd.   |   tron.network   |   trondao.org

[Quoted text hidden]