IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-1007-CFC |
| ) | |
| BLOOMBERG, L.P. and ) | |
| BLOOMBERG, INC., ) | |
| ) | |
| Defendants. ) | |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5 and the attached

certifications, counsel moves for the admission *pro hac vice* of Thomas G. Hentoff,

Nicholas G. Gamse, and Tiffany Keung, of Williams & Connolly LLP, to represent

Bloomberg, L.P. and Bloomberg, Inc. in the above-captioned action.

Dated: August 13, 2025

Of Counsel:
Thomas G. Hentoff
Nicholas G. Gamse
Tiffany Keung
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5690
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Thomas G. Hentoff, Nicholas G. Gamse, and Tiffany Keung, is GRANTED.

Date: _____, 2025

_____
Chief United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible

for admission to this Court and am admitted, practicing, and in good standing as a

member of the  Bars of Pennsylvania and District of Columbia, and pursuant to

District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct that occurs in the preparation or course of this

action.  I also certify that I am generally familiar with this Court's Local Rules.  In

accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees,

I further certify that the fee of $50.00 will be submitted to the Clerk of the Court

upon the filing of this motion.


Dated:  August 13, 2025            */s/ Thomas G. Hentoff*
                                   Thomas G. Hentoff
                                   Williams & Connolly LLP
                                   680 Maine Avenue SW
                                   Washington, DC 20024
                                   (202) 434-5804
                                   thentoff@wc.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the  Bars of New York and District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.


Dated:  August 13, 2025             */s/ Nicholas G. Gamse*
                                     Nicholas G. Gamse
                                     Williams & Connolly LLP
                                     680 Maine Avenue SW
                                     Washington, DC 20024
                                     (202) 434-5690
                                     ngamse@wc.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the  Bars of Maryland and District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.


Dated:  August 13, 2025         */s/ Tiffany Keung*_____
                                Tiffany Keung
                                Williams & Connolly LLP
                                680 Maine Avenue SW
                                Washington, DC 20024
                                (202) 434-5806
                                tkeung@wc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 13, 2025, a copy of the

foregoing document was served on the counsel listed below in the manner

indicated:

### <u>BY EMAIL</u>
Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*