IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-1007 (CFC) |
| v. | ) | |
| | ) | |
| BLOOMBERG, L.P., and | ) | |
| BLOOMBERG, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELMINARY INJUNCTION**

Plaintiff Yuchen Justin Sun, by and through undersigned counsel, hereby withdraws his Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") (D.I. 3).  Mr. Sun and Defendants are engaged in discussions that may moot the emergency relief originally sought by Mr. Sun in the Motion.  In order to facilitate those discussions, Mr. Sun has agreed to withdraw the Motion, without prejudice to re-filing a renewed motion for temporary restraining order and preliminary injunction.

Dated:  August 14, 2025

BAKER & HOSTETLER LLP

/s/  *Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

*Attorney for Plaintiff Yuchen Justin Sun*

2