# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 25-1007-CFC |
| BLOOMBERG L.P. and BLOOMBERG INC., | ) |
| Defendant. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

WHEREAS, on August 19, 2025, Plaintiff Yuchen Justin Sun ("Plaintiff") served the Complaint in this action on Defendants Bloomberg L.P. and Bloomberg Inc. (collectively, "Defendants"); and

WHEREAS, pursuant to D. Del. LR 7.1.1, the parties have conferred and Plaintiff's counsel has indicated that Plaintiff does not oppose a 30-day extension of Defendants' deadline to respond to the Complaint.

WHEREFORE, Defendants hereby move the Court for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint through and including October 9, 2025.

Dated: September 2, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com

Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Tiffany Keung (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com

*Attorney for Defendants Bloomberg L.P. and Bloomberg Inc.*

SO ORDERED this _____ day of _____ 2025.

_____
The Hon. Colm F. Connolly
Chief United States District Judge