**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 25-1007-CFC |
| BLOOMBERG L.P. and BLOOMBERG INC., | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bloomberg Inc., by its undersigned counsel, hereby states that Bloomberg Inc. is a corporation organized under the laws of Delaware with its principal place of business in New York. Bloomberg Inc. has no parent corporation and there is no publicly held corporation that owns ten percent or more of Bloomberg Inc.

Defendant Bloomberg L.P., by its undersigned counsel, hereby states that Bloomberg L.P. is a limited partnership incorporated in Delaware with its principal place of business in New York. Bloomberg L.P.'s general partner is Bloomberg Inc. and its limited partner is BLP Acquisition Limited Partnership. No publicly held

corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.

Defendants further state that BLP Acquisition Limited Partnership is incorporated in Delaware and has its principal place of business in New York. BLP Acquisition Limited Partnership consists of one general partner, Bloomberg Inc., and one limited partner, BLP Acquisition Holding LLC. No publicly held corporation owns ten percent or more of BLP Acquisition Limited Partnership's limited partnership interests.

BLP Acquisition Holding LLC is a limited liability corporation incorporated in Delaware with its principal place of business in New York. The members of BLP Acquisition Holding LLC are individuals, all of whom reside in either New York, New Jersey, or New Mexico. The table below identifies the individual members of BLP Acquisition Holding LLC and the State in which each such individual member resides:

| **Member Name** | **State of Residence** |
| --- | --- |
| Michael Bloomberg | New York |
| Duncan Macmillan | New Jersey |
| Thomas Secunda | New York |
| Thomas Neff | New Mexico |

| | |
|---|---|
| Robert Ostrow | New York |
| Ross Barnes | New Jersey |
| Mark Purdy | New York |

No publicly held corporation owns ten percent or more of BLP Acquisition Holding LLC's limited liability interests.

Dated: September 2, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (Bar No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6726
rvrana@ycst.com

Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Tiffany Keung (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com

*Attorney for Defendants Bloomberg L.P. and Bloomberg Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 2, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**
Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*