IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN,  )<br>)<br>Plaintiff,  )<br>)  C.A. No. 25-1007 (CFC)<br>v.  )<br>)<br>BLOOMBERG, L.P., and  )<br>BLOOMBERG, INC.,  )<br>)<br>Defendants.  ) | |

**PLAINTIFF'S RENEWED MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

In accordance with Fed. R. Civ. P. 65, Plaintiff Yuchen Justin Sun ("Plaintiff"), by and through his undersigned counsel, as set forth in Plaintiff's supporting Opening Brief submitted herewith, hereby moves for a temporary restraining order and a preliminary injunction, requiring the following:

1. Requiring Defendants, preliminarily until the hearing, and thereafter indefinitely, to remove the amounts of any specific cryptocurrency owned by Mr. Sun from any of its online publications;

2. Requiring Defendants, preliminarily until the hearing, and thereafter indefinitely, to retract its claim that Mr. Sun owns 60 billion Tronix and controls the majority of its supply; and

3. Enjoining Defendants, preliminarily until the hearing, and thereafter indefinitely, Defendants from publishing the amounts of any specific cryptocurrency

owned by Mr. Sun in any future publication.

    Plaintiff reserves the right to modify, amend, or otherwise alter the terms of the preliminary injunction sought in accordance with the evidence and the attendant circumstances.

| | |
|---|---|
| Dated: September 11, 2025 | BAKER & HOSTETLER LLP |
| | /s/ *Jeffrey J. Lyons* |
| | Jeffrey J. Lyons (#6437) |
| | 1201 N. Market Street, Suite 1407 |
| | Wilmington, DE 19801 |
| | (302) 407-4222 |
| | jjlyons@bakerlaw.com |
| | *Attorney for Plaintiff Yuchen Justin Sun* |