IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1007 (CFC) |
| | ) | |
| v. | ) | |
| | ) | |
| BLOOMBERG, L.P., and BLOOMBERG, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The Court, having considered Plaintiff Yuchen Justin Sun's ("Plaintiff") Renewed Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"), and for good cause shown,

**IT IS HEREBY ORDERED** this __day of ________________, 2025, that Defendants' Motion for a Temporary Restraining Order is **GRANTED** for the following reasons:

a. Specific facts outlined Plaintiff's Brief in Support show that immediate and irreparable injury and damage will result to Plaintiff before Defendants can be heard in opposition. Without immediate injunctive relief, Plaintiff will be irreparably harmed.

b. Plaintiff will likely succeed on the merits of his claims on which he seeks injunctive relief.

c. The balance of the equities in this matter favors the entry of the relief sought because Plaintiff has shown that he would suffer more harm in the absence of this Order than Defendants will suffer as a result of this Order.

d. The public interest in maintaining the privacy of individuals and the sanctity of promises favors entry of this Order.

Until further Order of this Court, **IT IS FURTHER HEREBY ORDERED THAT:**

1. Defendants must immediately remove the amounts of any specific cryptocurrency owned by Mr. Sun from any of its online publications;

2. Defendants must immediately retract its claim that Mr. Sun owns 60 billion Tronix and controls the majority of its supply; and

3. Defendants shall not publish the amounts of any specific cryptocurrency owned by Mr. Sun in any future publication.

This Order shall remain in effect until the resolution of Plaintiff's Motion for a Preliminary Injunction.

\\

**IT IS SO ORDERED**.

____________________________________

THE HONORABLE COLM F. CONNOLLY