IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1007 (CFC) |
| | ) | |
| v. | ) | |
| | ) | |
| BLOOMBERG, L.P., and BLOOMBERG, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ISABELLE CORBETT STERLING**
**IN SUPPORT OF PLAINTIFF'S RENEWED MOTION**
**FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Isabelle Corbett Sterling, declare as follows:

1. I am counsel in the law firm of Baker & Hostetler LLP, attorneys for Plaintiff Yuchen Justin Sun ("Plaintiff" or "Mr. Sun") in the above-entitled action. This Declaration is submitted in support of the Mr. Sun's Renewed Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). I have personal knowledge of the facts stated below and if called to do so, I could and would competently testify as follows.

2. On or around August 2, 2025, my firm sent Bloomberg a cease-and-desist letter, demanding Bloomberg immediately cease and desist from any use, disclosure, or publication of any information—verbal or written—regarding Mr. Sun's sensitive financial holdings ("Confidential Financial Information") other than the total net worth and the asset type and classification.

3. Between August 7 and August 11, 2025, I and other attorneys at Baker & Hostetler engaged in multiple meet-and-confer and settlement discussions with counsel for Bloomberg regarding Mr. Sun's concerns about the anticipated publication of his Confidential Financial

Information and the material inaccuracies of the information Bloomberg states it intends to publish. During these conversations, I and other Baker & Hostetler attorneys repeatedly requested confirmation from Bloomberg that it would refrain from publishing Mr. Sun's Confidential Financial Information. Bloomberg never provided the requested assurances.

4. During a video conference call with Bloomberg on August 7, 2025, Mr. Clifford Koutsky, a digital assets expert, explained how specific crypto account balances can be reverse engineered to identify the wallet or wallets holding those specific balances.

5. On August 8, 2025, Bloomberg sent an email to Mr. Sun's counsel, on which I was copied, in which Bloomberg stated their view that reverse engineering was not possible from publishing certain crypto account balances and percentages. Bloomberg's position demonstrates lack of understanding of the expert's explanation.

6. On August 8, 2025, during a video conference between Baker & Hostetler attorneys and Bloomberg, Baker & Hostetler, along with experts Mr. Koutsky and Mr. Kristopher Doucette, detailed the risks that are presented by exposure of distinctive and, thus, identifiable balances being used to identify a specific wallet or wallets. Those risks are outlined in the Declaration of Clifford Koutsky. Bloomberg responded that they "understand the risks."

7. On August 11, 2025, I and other Baker & Hostetler attorneys had another video call with Bloomberg during which I along with other Baker & Hostetler attorneys and experts Mr. Koutsky and Mr. Doucette described risks of disclosure of specific crypto holdings, including facilitating hacks by North Korea, noting previous targeting of Mr. Sun, and described violent wrench attacks, referencing several recent examples. Bloomberg stated they remained open to the accuracy of the data and would "do [their] due diligence and be thoughtful."

8. On August 11, 2025, Bloomberg confirmed via email their intention to publish as proposed including Mr. Sun's Confidential Financial Information as well as information that is materially incorrect.

9. On August 11, 2025, we filed a TRO on behalf of Mr. Sun to require Bloomberg to remove the amounts of any specific cryptocurrency owned by Mr. Sun from any of its online publications, to retract its claim that Mr. Sun owns 60 billion TRX and controls the majority of its supply, and to enjoin Bloomberg from publishing the amounts of any specific cryptocurrency owned by Mr. Sun in any future publication.

10. On August 14, 2025, Mr. Sun withdrew his TRO in reliance on Bloomberg's representation that they would engage in good faith efforts to resolve this case without court intervention.

11. Since withdrawing the TRO, Mr. Sun has provided Bloomberg with information establishing the correct amount of his TRX holdings.

12. Bloomberg still has neither removed the specific cryptocurrency holdings of Mr. Sun from the Bloomberg Billionaires Index profile nor corrected the specific cryptocurrency holdings of Mr. Sun currently published in the Bloomberg Billionaires Index profile of Mr. Sun. Bloomberg has refused to give us assurances that they will refrain from publishing specific cryptocurrency holdings of Mr. Sun in future publications or even correct the specific cryptocurrency holdings as reported.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

\\

Executed on the 11th day of September, 2025, at San Francisco, California 94111.



Isabelle Corbett Sterling