IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN, <br><br>    Plaintiff, <br><br>v. <br><br>BLOOMBERG, L.P., and BLOOMBERG, INC., <br><br>    Defendants. | C.A. No. 25-1007 (CFC) |

**DECLARATION OF CLIFF KOUTSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**

I, Clifford Koutsky, declare pursuant to 28 U.S.C. § 1746, and under penalty of perjury as follows:

1. I am currently Director of Special Operations at Wave Digital Assets LLC, an SEC registered investment adviser focused solely on digital assets, where I have worked for the last 2 and a half years. Prior to that I worked at Elliptic (one of the top blockchain analytics firms) where my title was Blockchain Analytics Executive. I worked there for roughly 2 and a half years as well and led public sector engagements — including with IRS Criminal Investigations, IRS Office of Fraud Enforcement, New York Department of Financial Services (NY DFS), OFAC and many more.

2. I am familiar with the facts as alleged and respectfully submit this Declaration in support of Mr. Sun's Motion for a Temporary Restraining Order and a Preliminary Injunction (the "Motion").

3. I make this Declaration based upon my own personal knowledge or upon information I believe to be true.

4.     Blockchain activity is inherently transparent and traceable, publicly revealing even just the amount of crypto held can lead to de-anonymization, asset exposure, and serious personal risk, including targeted cyberattacks, social engineering, and violent physical threats such as wrench attacks.

5.     Because of the open-source[1] and transparent nature of most public blockchains[2]—where transaction IDs,[3] wallet addresses,[4] and corresponding balances are all publicly visible—it is possible to identify a wallet address that corresponds to a characteristically distinctive amount of cryptocurrency on-chain. To be clear, even if a wallet address is not directly published, disclosing the amount of cryptocurrency held can lead to wallet de-anonymization—especially when the amount is significant.

6.     Every crypto transaction can be traced from sender to recipient. You can also observe which crypto exchanges a wallet interacts with for fiat on-ramps or off-ramps. Since most centralized exchanges follow KYC (Know Your Customer) regulations, they typically hold personally identifiable information (PII) and linked banking details of the wallet owner.

7.     It's often possible to identify linked wallets through address clustering techniques, which analyze patterns such as common inputs, transaction flows, or behavioral signals—often indicating multiple addresses are controlled by the same individual or entity. Through activity on cross-chain bridges, DEX (decentralized exchange) aggregators, or centralized exchanges, it may also be possible to trace a wallet holder's assets across different blockchains or cryptoassets. These

---

[1] The software code that runs the blockchain is publicly available for anyone to view, use, or modify. This allows anyone to check for bugs, verify how it works, or even build on it.
[2] A type of blockchain that anyone can join and interact with, without needing permission from a central authority (e.g., Bitcoin, Ethereum, Tron).
[3] A unique string of letters and numbers assigned to each blockchain transaction, like a receipt number you can look up online to verify the details.
[4] A unique identifier (like an account number) used to send and receive cryptocurrency. It does not reveal a person's real-world identity by itself, but it is visible on the blockchain.

platforms act as connecting points between different blockchains. Analysts can also correlate wallet addresses indirectly by comparing transaction metadata—such as closely matched transaction timestamps, transferred amounts, and gas fees—to build probabilistic associations between wallets across chains.

8. Tools like Chainalysis, TRM Labs, and Elliptic specialize in facilitating this process. They use a combination of on-chain analytics, clustering algorithms, and off-chain intelligence (subpoenaed exchange records or leaked data) to identify wallet owners or map cryptoasset flows across ecosystems.

9. Therefore, publicly revealing the amounts of cryptoassets of wealthy individuals introduces serious risks as outlined below:

10. Danger 1: Loss of Financial Privacy. Publishing amounts of cryptoassets belonging to a known individual can lead to the de-anonymization of their wallet address, and consequently transaction history, token holdings, transfer patterns, interactions with DeFi, NFTs, CEXs (centralized exchanges). Unlike bank accounts, there is no privacy by default—wallet balances and historical flows are visible to anyone with a blockchain explorer.

11. Danger 2: Wealth Exposure & Social Engineering. Knowing the value of a wallet can make its owner a target for extortion, phishing, or social engineering. Attackers might impersonate CEXs or wallet providers. They can craft extremely convincing fake emails or DMs ("spear phishing") using on-chain behavior as bait. Publicizing specific cryptoasset amounts worth billions is equivalent to advertising their private assets to the world — with real-time updates (because it is available on public ledgers / blockchain explorers), leading a domino effect of following their financial transactions.

12. Danger 3: Kidnapping and Ransom Threats. Crypto is transferable without third-party oversight, making it an ideal medium for ransom demands. There have been real-world cases of crypto holders being physically attacked or kidnapped and forced to transfer funds. Public wallet visibility increases the risk of such scenarios. Articles describing the recent increases in these attacks are attached to this Declaration as **Exhibit A**, **Exhibit B**, **Exhibit C**, and **Exhibit D**.

13. Danger 4: Digital Attacks on Custody. Once a wallet is known, attackers may monitor for signs of private key reuse, insecure transactions, timing vulnerabilities, or attempt SIM swaps or compromise devices tied to the wallet's owner.

14. Danger 5: On-Chain Behavior Can De-Anonymize You.  With one known wallet, analysts can identify: connected wallets via clustering, DAO (Decentralized Autonomous Organization) voting behavior, NFT purchases or domain names. Even if the individual takes privacy steps later (like using mixers or bridges), prior linkage may already exist in blockchain analytic databases (Chainalysis, Arkham Intelligence).

15. Irreversibility of Funds. Unlike traditional financial systems, crypto transactions are irreversible. If someone is coerced, hacked, or scammed out of their funds, there's little or no recourse

16. In summary, publishing a wealthy individual's cryptoasset amounts undermines personal and operational security. The ease of discovering wallet balances on public blockchains has made wrench attacks not just possible, but increasingly common. Some reports claim that wrench attacks are now happening on a weekly basis. Incidents range from kidnapping and torture to mutilation. For example, in New York an Italian entrepreneur was tortured for weeks. In France, victims have had fingers severed as ransom coercion. As crypto enters mainstream finance, criminals comfortable with violence are increasingly targeting wealthy crypto holders. Publicly

visible crypto holdings lure violent criminals — who exploit both digital knowledge and real-world access to extract assets.

17. All the above can be corroborated by any proficient crypto investigator working in law enforcement (FBI, HSI, DEA, IRS Criminal Investigations, US Secret Service).

18. I reviewed several profiles from prior publications of the Bloomberg Billionaire's Index, attached as **Exhibit E**.

19. I am aware that Bloomberg is intending to publish financial information regarding Mr. Sun, which identifies the amounts of specific cryptocurrencies Mr. Sun owns.

20. Unlike the information that Bloomberg seeks to publish regarding Mr. Sun, the profiles in Exhibit E do not pose the risk of deanonymization of wallet addresses because they do not reveal holdings of specific cryptocurrencies and instead group cryptocurrencies together into a combined asset.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Executed on the 11th day of August, 2025, at Waynesville, NC.

_____
Clifford Koutsky