# EXHIBIT B

CNN World Subscribe Sign in

# Father of crypto entrepreneur rescued from kidnappers after having finger severed

By Caroline Baum, CNN

2 min read · Published 1:52 PM EDT, Sun May 4, 2025




An employee watches an electronic signboard displaying the prices of cryptocurrencies at the lounge of Bithumb cryptocurrency exchange in Seoul, South Korea, in November. Ahn Young-joon/AP

**Paris (CNN) —** French police rescued the father of a cryptocurrency entrepreneur from his kidnappers Saturday night, but found he'd had one of his fingers severed – the latest in a spate of abductions tied to cryptocurrency.

The victim, who has not been publicly identified, was forced into a van by four men wearing ski masks on a street of Paris Thursday morning. He was held hostage in an Airbnb 12 miles south of the French capital for two days before being rescued.

Five people between the ages of 23 and 27 were brought into police custody following the raid, according to the Paris Prosecutor's office.

The kidnapping shares striking similarities with other recent kidnappings tied to crypto currency in France and surrounding countries.

In January 2025, David Balland, cofounder of the crypto wallet company Ledger, was kidnapped with his wife from their home in central France.

Before the couple was freed by police, the assailants cut off Balland's finger, sending a video of the severed appendage to his business partner Eric Larchevêque and demanding ransom money.

In December 2024, the wife of crypto investor and influencer Stéphane Winkel was kidnapped from the couple's home in Belgium. She was rescued after her kidnapper crashed his car in a dramatic police chase, Winkel wrote in a post on X.

It is unclear whether the recent spate of crypto kidnappings are connected or not.

"Obviously there's at least a link in the modus operandi. Now, whether it's the same team or not is for the investigators to say." said internal security expert Guillaume Farde speaking on French television Sunday.

Police have opened an investigation into the latest kidnapping, including for extortion by an organized gang and criminal conspiracy, the Paris Prosecutor's office told CNN.


## Up next

A man spent 45 days in jail, accused of trying to abduct a child at Walmart. A judge granted a bond after lawyer shows video

3 minute read



Charges dropped against man accused of trying to abduct a child at a Georgia Walmart after surveillance video sows doubt

3 minute read

