IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMBERG, L.P. and<br>BLOOMBERG, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-1007-CFC |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Ian M. Swenson, of Williams & Connolly LLP, to represent Bloomberg, L.P. and Bloomberg, Inc. in the above-captioned action.

Dated: September 12, 2025


Of Counsel:
Thomas G. Hentoff
Nicholas G. Gamse
Tiffany Keung
Ian M. Swenson
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5690
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com
iswenson@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Ian M. Swenson is GRANTED.

Date: _____________, 2025

_______________________________
Chief United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bars of California, New York, and the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: September 12, 2025

*/s/ Ian M. Swenson*

Ian M. Swenson
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5529
iswenson@wc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 12, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**
Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*