IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-1007 (CFC) |
| v. | ) |
| | ) |
| BLOOMBERG, L.P., and | ) |
| BLOOMBERG, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* Teresa Goody Guillén and Katherine L. McKnight of Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, D.C. 20036, and Isabelle Corbett Sterling of Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111 to represent Plaintiff Yuchen Justin Sun in this matter.

Dated: September 12, 2025

BAKER & HOSTETLER LLP

/s/ *Jeffrey J. Lyons*
Jeffrey J. Lyons (6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

*Attorney for Plaintiff Yuchen Justin Sun*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Teresa Goody Guillén, Isabelle Corbett Sterling, and Katherine L. McKnight is granted.

Dated: _____                    _____
                                                                    CHIEF JUDGE COLM F. CONNOLLY