**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of Virginia, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 12, 2025

*/s/ Katherine L. McKnight*
Katherine L. McKnight
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 100
Washington, D.C. 20036-5304
(202) 861-1618
kmcknight@bakerlaw.com