## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1007-CFC |
| | ) | |
| BLOOMBERG L.P. and BLOOMBERG INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANTS' CONSENT MOTION TO EXTEND WORD LIMIT PRESCRIBED BY LOCAL RULE 7.1.3(a)(4)

Defendants Bloomberg L.P. and Bloomberg Inc. ("Defendants"), by their undersigned counsel, file this Consent Motion to Extend Word Limit prescribed by D. Del. Local Rule 7.1.3(a)(4) the November 10, 2022 Standing Order in their forthcoming Opposition to Renewed Motion for a Temporary Restraining Order and Preliminary Injunction. Defendants seek leave to enlarge the word count limit from 5,000 to 6,000 words, and in support of this request state the following:

1.    On September 11, 2025 Plaintiff Yuchen Justin Sun ("Plaintiff") filed a Renewed Motion for a Temporary Restraining Order and Preliminary Injunction against Defendants.

1

2.     On September 15, 2025, this Court ordered that Defendants should respond to Plaintiff's Renewed Motion for a Temporary Restraining Order and Preliminary Injunction by no later than 5 P.M. on Friday, September 19th.

3.     Because Defendants' brief must address Plaintiff's request for what Defendants contend is an unconstitutional prior restraint, and do so on an expedited timeline, Defendants seek permission to file a brief in excess of the word count limitations prescribed by D. Del. Local Rule 7.1.3(a)(4).

4.     Defendants seek leave to file a brief that does not exceed 6,000 words.

5.     Pursuant to D. Del. Local Rule 7.1.1, the parties have conferred and Plaintiff's counsel has indicated that Plaintiff consents to Defendants' request for an increase in the word limit from 5,000 words to 6,000 words.

**WHEREFORE**, Defendants hereby respectfully request the Court grant their Motion and increase to 6,000 words the word limit for their forthcoming Opposition to Plaintiff's Renewed Motion for a Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

Dated: September 18, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James M. Yoch, Jr.*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (Bar No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6726
jyoch@ycst.com
rvrana@ycst.com

Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Tiffany Keung (*pro hac vice*)
Ian M. Swenson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com
iswenson@wc.com

*Attorney for Defendants
Bloomberg L.P. and Bloomberg
Inc.*

SO ORDERED this _____ day of _____ 2025.

_____
The Hon. Colm F. Connolly
Chief United States District Judge

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2025, a copy of the

foregoing document was served on the counsel listed below in the manner

indicated:

**BY EMAIL**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

Isabelle Corbett Sterling
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
isterling@bakerlaw.com

Teresa Goody Guillen
Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 100
Washington, D.C. 20036
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ James M. Yoch, Jr.*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*