## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1007-CFC |
| | ) | |
| BLOOMBERG L.P. and BLOOMBERG INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF THOMAS G. HENTOFF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

I, Thomas G. Hentoff, declare:

1.      I am a partner in the law firm of Williams & Connolly LLP and a member of the Bar of the District of Columbia, the Bar of Pennsylvania, and bars of various federal courts.  I am one of the counsel representing Defendants Bloomberg L.P. and Bloomberg Inc.

2.      I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction

3.      Attached as Exhibit 1 are true and correct copies of two versions of the Bloomberg Billionaires Index profile titled "Justin Sun:" first, as it was published

1

on August 11, 2025, and second, as it was corrected on August 15, 2025 and currently appears. The current version is *available at* https://www.bloomberg.com/billionaires/profiles/h-e-justin-sun/.

4.     Attached as Exhibit 2 is a true and correct copy of an email from Randy L. Shapiro, Global Newsroom Counsel for Bloomberg L.P., to Teresa Goody Guillén, counsel for Plaintiff Justin Sun, dated August 6, 2025.

5.     Attached as Exhibit 3 is a true and correct copy of a memorandum from Bloomberg Media CEO, Karen Saltser, to Bloomberg Media employees dated August 7, 2025, *available at* https://www.bloombergmedia.com/press/ceo-karen-saltser-on-bloomberg-medias-first-half-business-growth/.

6.     Attached as Exhibit 4 is a true and correct copy of a Law.Com article dated August 14, 2025, titled "Crypto Billionaire Justin Sun Sues Bloomberg Over Wealth Report," *available at* https://www.law.com/delbizcourt/2025/08/14/crypto-billionaire-justin-sun-sues-bloomberg-over-wealth-report/.

7.     Attached as Exhibit 5 is a true and correct copy of a Molly White article dated August 13, 2025, titled "Justin Sun v. Bloomberg," *available at* https://www.mollywhite.net/micro/entry/justin-sun-v-bloomberg.

8.     Attached as Exhibit 6 is a true and correct copy of the "About" page from hejustinsun.com, which upon information and belief is owned and operated by

Plaintiff Justin Sun, *available at* https://hejustinsun.com/about (last accessed September 18, 2025).

9.    Attached as Exhibit 7 is a true and correct copy of a MEXC.com article dated August 14, 2025, titled " Justin Sun sues Bloomberg after report claims he owns 60% of TRON tokens," *available at* https://www.mexc.com/news/justin-sun-sues-bloomberg-after-report-claims-he-owns-60-of-tron-tokens/65329.

10.   Attached as Exhibit 8 is a true and correct copy of a CryptoSlate article dated August 14, 2025, titled "Bloomberg faces lawsuit for disclosing Justin Sun's TRON token holdings," *available at* https://cryptoslate.com/bloomberg-faces-lawsuit-for-disclosing-justin-suns-tron-token-holdings/.

11.   Attached as Exhibit 9 is a true and correct copy of an August 14, 2025 post on "X" by user @coryklippsten, *available at* https://x.com/coryklippsten/status/1955870557846610302.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATE: September 19, 2025

_Thomas G. Hentoff_

Thomas G. Hentoff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 19, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**<u>BY EMAIL</u>**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

Isabelle Corbett Sterling
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
isterling@bakerlaw.com

Teresa Goody Guillen
Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 100
Washington, D.C. 20036
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ James M. Yoch, Jr.*
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*