# Exhibit 1



# Bloomberg Billionaires Index

View profiles for each of the world's 500 richest people, see the biggest movers, and compare fortunes or track returns.

‹ # 238 John Albert Sobrato    # 240 Qi Shi ›

# 239  |  Justin Sun  |  $12.3B

Random fact: Invested $75 million in Trump-associated World Liberty Financial.

## Overview

Sun is a cryptocurrency investor and entrepreneur. He founded the decentralized blockchain platform Tron in 2017, which says it has more than 300 million user accounts. He bought the file-sharing service BitTorrent in 2018 and cryptocurrency exchange HTX in 2023. He's also an adviser to publicly-traded cryptocurrency business Tron Inc.

As of August 11, 2025 :

| | | | |
|---|---|---|---|
| Last change | +$64.9M ( +0.5%) | Country / Region | Hong Kong |
| YTD change | -$1.06B ( -8%) | Age | 35 |
| Biggest asset | Tronix holdings | Industry | Finance |

View net worth over: **Max** | **1 year** | **1 quarter** | **1 month** | **1 week**



08/10/25                                                                                                                                08/10/25

## Net Worth Summary

☐ Cash    ■ Private asset    ■ Public asset    ■ Misc. liabilities

ⓘ Mouse over or tap for more info

Confidence rating:   ★ ☆ ☆ ☆ ☆

The majority of Sun's net worth comes from cryptocurrency he owns.

Sun owns more than 60 billion Tronix (also referred to as TRON or TRX), the cryptocurrency native to Tron, according to an analysis of financial information provided by representatives of Sun in February 2025. A 75% liquidity discount is applied to the value of the token because Sun controls the majority of its supply. Tron has more than 300 million user accounts as of June 2025, according to the Tronscan website.

Sun also owns about 17,000 Bitcoin, 224,000 Ether, and 700,000 Tether, according to the same analysis. No discount is applied to these because his holdings represent less than 1% of the total supply.

The analysis only includes tokens that are on-chain. Tokens that are held on exchanges such as HTX and Binance are not included in the analysis because the holdings could not be verified.

Sun owns the cryptocurrency exchange HTX. It's calculated to have had revenue of about $1.3 billion in 2024, based on its spot and derivative trading volumes and fee schedules. It's valued using the average price-to-sales multiple of Coinbase Global Inc., Galaxy Digital Inc. and Riot Platforms Inc. Sun is credited with about 90% of the company, based on information provided by his representatives in May 2025. A 50% liquidity discount is applied.

## Biography

**Education:** Peking University, University of Pennsylvania

Sun was born in 1990 in Qinghai, China. When he was four, his family moved to Guangdong.

In 2007, he won a national writing competition that won him a place at Peking University, where he studied literature and history. After graduating he went to the University of Pennsylvania for a master's degree. While there he became interested in Bitcoin.

In 2013, he was involved in the launch of a social media company called Peiwo, which matched users to audio clips based on their interests. The same year he began working for cryptocurrency firm Ripple Labs.

He left to begin developing his own cryptocurrency network, and launched Tron in 2017. The TRON Foundation raised $70 million that year through an initial coin offering, shortly before China outlawed the tokens.

Sun bought the file sharing company BitTorrent in 2018 for $140 million.

In March 2023, the US Securities and Exchange Commission sued Sun, accusing him of breaking anti-fraud and market manipulation regulations. Lawyers for Sun said the suit went "too far and should be rejected" in a motion to dismiss filed in March 2024.

In November 2024, Sun invested at least $75 million in World Liberty Financial, a crypto project promoted by US President Donald Trump. Sun became an adviser to World Liberty.

The SEC lawsuit was put on hold in February 2025 at the request of the government and Sun's lawyers.

In June 2025, Sun's father Weike Sun bought preferred shares and warrants in SRM Entertainment Inc. in exchange for $100 million worth of Tron tokens. The company announced it would rebrand as Tron Inc. and launch a Tron accumulation treasury strategy. Justin Sun joined the company as an adviser.

## Milestones

| | |
|---|---|
| 2013 | Appointed Ripple Labs' representative in China. |
| 2017 | Founds TRON Foundation and launches Tron token, raising $70 million. |
| 2018 | Acquires file-sharing service BitTorrent for $140 million. |
| 2019 | Pays $4.6 million for lunch with Warren Buffett. |
| 2022 | Buys Huobi cryptocurrency exchange, later renamed HTX. |
| 2023 | Sued by SEC for sales of unregistered securities, market manipulation. |
| 2024 | Invests in tokens issued by World Liberty Financial. |
| 2025 | SEC pauses lawsuit involving Justin Sun. |
| 2025 | SRM Entertainment announces Tron strategy after investment from Sun's father. |

## Latest News

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

### Bloomberg Billionaires Index

Top 500 Richest | Profiles | Biggest movers | Compare fortunes | Track returns | Methodology

# Bloomberg

Terms of Service    Do Not Sell or Share My Personal Information

Trademarks    Privacy Policy

Careers    Made in NYC    Advertise    Ad Choices    Help

©2025 Bloomberg L.P. All Rights Reserved.

Bloomberg    Subscribe

# Bloomberg Billionaires Index

View profiles for each of the world's 500 richest people, see the biggest movers, and compare fortunes or track returns.

‹ # 240 Enrique Razon    # 242 Ravi Jaipuria ›

# 241 | Justin Sun | $13.0B

Random fact: Traveled to space aboard a Blue Origin rocket in August 2025.

## Overview

Sun is a cryptocurrency investor and entrepreneur. He founded the decentralized blockchain platform Tron in 2017, which says it has more than 300 million user accounts. He bought the file-sharing service BitTorrent in 2018 and cryptocurrency exchange HTX in 2022. He's also an adviser to publicly-traded cryptocurrency business Tron Inc.

As of September 17, 2025 :

| | | | |
|---|---|---|---|
| Last change | -$47.2M ( -0.4%) | Country / Region | Hong Kong |
| YTD change | -$307M ( -2.3%) | Age | 35 |
| Biggest asset | Tronix holdings | Industry | Finance |



Confidence rating: ★☆☆☆☆

The majority of Sun's net worth comes from cryptocurrency he owns.

Sun owns more than 60 billion Tronix (also referred to as TRON or TRX), the cryptocurrency native to Tron, according to an analysis of financial information provided by representatives of Sun in February 2025. A 75% liquidity discount is applied to the value of the token because Sun controls the majority of its supply. Tron has more than 300 million user accounts as of June 2025, according to the Tronscan website.

Sun also owns about 17,000 Bitcoin, 224,000 Ether, and 700 million Tether, according to the same analysis. No discount is applied to these because his holdings represent less than 1% of the total supply.

The analysis only includes tokens that are on-chain. Tokens that are held on exchanges such as HTX and Binance are not included in the analysis because the holdings could not be verified.

Sun owns the cryptocurrency exchange HTX. It's calculated to have had revenue of about $1.3 billion in 2024, based on its spot and derivative trading volumes and fee schedules. It's valued using the average price-to-sales multiple of Coinbase Global Inc., Galaxy Digital Inc. and Riot Platforms Inc. Sun is credited with about 90% of the company, based on information provided by his representatives in May 2025. A 50% liquidity discount is applied.

(Corrected on Aug. 15, 2025 to match the amount of Sun's Tether holdings in the Net Worth Summary with the figure used in the index valuation; include proper year of the HTX purchase in the Overview section; and clarify timeline related to Ripple Labs, Peiwo and World Liberty Financial in the Biography section. Also added context from Sun saying in an X post that he had become World Liberty Financial's "largest investor.")

## Biography

**Education:** Peking University, University of Pennsylvania

Sun was born in 1990 in Qinghai, China. When he was four, his family moved to Guangdong.

In 2007, he won a national writing competition that won him a place at Peking University, where he studied literature and history. After graduating he went to the University of Pennsylvania for a master's degree. While there he became interested in Bitcoin.

In 2013, he began working for cryptocurrency firm Ripple Labs. Two years later he acquired a social media company called Peiwo, which matched users to audio clips based on their interests.

He left to begin developing his own cryptocurrency network, and launched Tron in 2017. The TRON Foundation raised $70 million that year through an initial coin offering, shortly before China outlawed the tokens.

Sun bought the file sharing company BitTorrent in 2018 for $140 million.

In March 2023, the US Securities and Exchange Commission sued Sun, accusing him of breaking anti-fraud and market manipulation regulations. Lawyers for Sun said the suit went "too far and should be rejected" in a motion to dismiss filed in March 2024.

In November 2024, Sun began investing at least $75 million in World Liberty Financial, a crypto project promoted by US President Donald Trump. He posted on X that month: "We are thrilled to invest $30 million in World Liberty Financial @worldlibertyfi as its largest investor. The U.S. is becoming the blockchain hub, and Bitcoin owes it to @realDonaldTrump!" Sun became an adviser to World Liberty.

The SEC lawsuit was put on hold in February 2025 at the request of the government and Sun's lawyers.

In June 2025, Sun's father Weike Sun bought preferred shares and warrants in SRM Entertainment Inc. in exchange for $100 million worth of Tron tokens. The company announced it would rebrand as Tron Inc. and launch a Tron accumulation treasury strategy. Justin Sun joined the company as an adviser.

## Milestones

| | |
|---|---|
| 2013 | Appointed Ripple Labs' representative in China. |
| 2017 | Founds TRON Foundation and launches Tron token, raising $70 million. |
| 2018 | Acquires file-sharing service BitTorrent for $140 million. |
| 2019 | Pays $4.6 million for lunch with Warren Buffett. |
| 2022 | Buys Huobi cryptocurrency exchange, later renamed HTX. |
| 2023 | Sued by SEC for sales of unregistered securities, market manipulation. |
| 2024 | Invests in tokens issued by World Liberty Financial. |
| 2025 | SEC pauses lawsuit involving Justin Sun. |
| 2025 | SRM Entertainment announces Tron strategy after investment from Sun's father. |

## Latest News





  

Sep 5, 2025

**Trump Crypto Project Sours as Billionaire *Justin Sun* Lashes Out**

Sep 12, 2025

**Former British Vogue Editor: 'I Never Wanted Anna Wintour's Job'**

Sep 16, 2025

**Freeland to Leave Carney's Cabinet for Special Ukraine Role**

---

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates… Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

## Bloomberg Billionaires Index

Top 500 Richest | Profiles | Biggest movers | Compare fortunes | Track returns | Methodology

### Bloomberg

Terms of Service | Do Not Sell or Share My Personal Information | Trademarks | Privacy Policy

Careers | Made in NYC | Advertise | Ad Choices | Help

©2025 Bloomberg L.P. All Rights Reserved.