# Exhibit 2

From: RANDY SHAPIRO, BLOOMBERG/ 731 LEX
To: tgoodyguillen@bakerlaw.com
Subject: Re:Cease and Desist Publication of Justin Sun Protected Information
Date: 08/06, 2025 15:11:48

Dear Ms. Goody Guillén,

I am following up on my response of earlier this week, now that I have had the opportunity to review the exchanges between our journalists and Mr. Sun's representatives (and in some cases, with Mr. Sun himself). Your letter suggests not only a misapprehension of the substance of those extensive communications, but also of what Bloomberg actually intends to publish that stems from those interactions -- and, perhaps more importantly, what we do <u>not</u> intend to publish.

We do not plan to publish information that would expose specific details about Mr. Sun's holdings such that the security of those assets would be compromised if those details were made public -- *e.g.*, we are not going to publish information like wallet addresses that could enable an ill-intentioned actor to monitor or otherwise access Mr. Sun's crypto wallets. We also do not plan to publish the spreadsheet that Mr. Sun's team provided in the course of their communications with our journalists. But I want to be clear: when that spreadsheet was provided to us, there were no conditions attached to it. Only after-the-fact did Mr. Sun's representatives inquire about our plan to maintain the security of the information, but even then they did not suggest there were any limitations on what we could report. In response, we assured the team that the information would be maintained in a secure manner on the Bloomberg network. And we explicitly made sure they were comfortable with our plan to use a third party's API that would be hosted on the internal Bloomberg network in order to analyze Mr. Sun's wallet addresses. Indeed, Mr. Sun himself blessed this plan.

It is true that, several weeks later, in the midst of ongoing productive discussions between our journalists and his representatives, Mr. Sun <u>for the first time</u> declared that seemingly all of the asset-related data provided to date should be deemed "strictly confidential and for verification purposes only," and that Bloomberg was obliged to delete the data and not use it in its reporting.

But that's not how this works. Your client's representatives provided data, engaged in a number of discussions about the data, answered detailed questions about the data, *etc.* There was no basis -- and there is none now -- to demand or expect that Bloomberg would not use the data for news reporting purposes. But, as a highly reputable news organization, and as I've already said, we have no intention of including details that could put the security of Mr. Sun's holdings at risk.

Instead, in connection with our Billionaires Index profile, we intend to publish the sort of information that our journalists have been discussing, consistently, over the course of many months with Mr. Sun's team. That includes a topline net worth number, a brief biography and a "net worth summary" tab with a more granular breakdown of assets and how they're valued. Our reporters shared those parameters in detail with his team in an effort to ensure that everyone understood that is what goes into this sort of profile.

As far as any separate Businessweek (or other Bloomberg News) article about Mr. Sun, we plan to include information from the <u>published</u> Billionaires Index profile, and not anything from the spreadsheet that originally was provided for purposes of the Index, but not ultimately included in the Index profile.

I sincerely hope the foregoing resolves any misunderstandings or miscommunications.

Yours truly,

Randy L. Shapiro
Global Newsroom Counsel
Bloomberg L.P.
731 Lexington Avenue
New York, NY 10023
Office: (212) 617-0814
Mobile: (917) 940-1760

---

Randy L. Shapiro
Global Newsroom Counsel
Bloomberg L.P.
731 Lexington Avenue
New York, NY 10023
Office: (212) 617-0814

```
Mobile: (917) 940-1760

From: Randy Shapiro (BLOOMBERG/ 731 LEX) At: 08/03/25 18:41:29 UTC-4:00
To:   tgoodyguillen@bakerlaw.com
Subject: Re:Cease and Desist Publication of Justin Sun Protected Information
```

Dear Ms. Goody Guillén,

I am Global Newsroom Counsel at Bloomberg and am writing in response to your letter of Saturday evening to a number of my Bloomberg colleagues (and clients). Please consider me your point of contact going forward.

I am writing now simply to acknowledge receipt of your missive, ahead of your unilaterally imposed deadline of Monday at 9am (EDT). In brief, we strongly disagree with a number of mischaracterizations and blatant inaccuracies contained in your letter. I will be responding more substantively in due course.

Yours truly,

Randy L. Shapiro
Global Newsroom Counsel
Bloomberg L.P.
731 Lexington Avenue
New York, NY 10023
Office: (212) 617-0814
Mobile: (917) 940-1760


----- Original Message -----
From: Goody Guillén, Teresa <tgoodyguillen@bakerlaw.com>
To: TOM GOLDEN, MUYAO SHEN, ZEKE FAUX, TOM MALONEY, DYLAN SLOAN, dlevine18@bloomberg.net
CC: STANDARDS EDITOR, legal@bloomberg.net, yeweon.park@tron.network, john.hurston@tron.network
At: 08/02/25 22:25:52 UTC-04:00


Dear Bloomberg Legal, Editorial Leadership, and Reporters,


I represent Justin Sun. Please find attached an urgent cease and desist related to Bloomberg's intention to publish Mr. Sun's highly confidential, sensitive, private, and proprietary information related to the granularity of his financial holdings. Please be advised that the attached letter has a response date of Monday, August 4, 2025, at 9 am EDT.


Very truly yours,



**Teresa Goody Guillén**
Partner

---

**BakerHostetler**
Washington Square
1050 Connecticut Ave N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1630
M +1.202.285.5455

tgoodyguillen@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

Randy L. Shapiro
Global Newsroom Counsel
Bloomberg L.P.
731 Lexington Avenue
New York, NY 10023
Office: (212) 617-0814
Mobile: (917) 940-1760