# Exhibit 6

# H.E JUSTIN SUN

INTERVIEWS    NEWS    PANELS & KEYNOTES    PHILANTHROPY    ABOUT    English  中文

H.E. Justin Sun is the Ambassador and former Permanent Representative of Grenada to the WTO, Founder of TRON, one of the world's largest blockchain DAO ecosystems, and Advisor to HTX, one of the world's largest crypto exchanges. A protege of Alibaba's Jack Ma, Sun has been named Forbes' 30 under 30 in the Consumer Technology category several times, among other global recognitions. Sun is an avid art collector, gamer, investor, philanthropist, and space enthusiast.

# H.E JUSTIN SUN

## SUBSCRIBE FOR UPDATES

Enter Your Email

## GET IN TOUCH

### ABOUT JUSTIN SUN

H.E. Justin Sun Is The Ambassador And Former Permanent Representative Of Grenada To The WTO, Founder Of TRON, One Of The World's Largest Blockchain DAO Ecosystems, And Advisor To HTX, One Of The World's Largest Crypto Exchanges. A Protege Of Alibaba's Jack Ma, Sun Has Been Named Forbes' 30 Under 30 In The Consumer Technology Category Several Times, Among Other Global Recognitions. Sun Is

### LINKS

Interviews

News

Panels & Keynotes

Philanthropy

About

### CONTACT US

Email

info@hejustinsun.com