# Exhibit 7

  

Log In    Sign Up

⌂ MEXC Exchange  /  Crypto News  /  Justin Sun sue...

# Justin Sun sues Bloomberg after report claims he owns 60% of TRON tokens

By: Crypto.news   |   2025/08/14 15:58

😀 SUN $0.023674  +5.54%

Justin Sun claims that Bloomberg publishing his wallet addresses would put him at risk of hacking and kidnapping.

Summary
    Justin Sun is suing Bloomberg over his profile in the Bloomberg Billionaires Index.
    The report puts his TRX holdings at 60 billion, or 60% of all tokens in circulation.
    TRON Founder claims that Bloomberg promised to keep his wallets secret.

After publishing a report on Justin Sun's wealth, Bloomberg is facing legal action from the controversial billionaire. In a Wednesday, August 13 blog post, TRON DAO (TRON) revealed that Sun filed a restraining order against Bloomberg. He is seeking to take down his Bloomberg Billionaires Index profile, which supposedly misrepresents his assets.

The profile, published on August 11, puts his net worth at $12.4 billion, most of which is in TRX. Notably, according to the report, Sun owns 60 billion out of 94 billion of all Tron tokens in circulation. According to Bloomberg, Sun also owns 17,000 Bitcoin (BTC), 224,000 Ethereum (ETH), and 700,000 USDT.

Justin Sun did not disclose what his actual crypto holdings are or which specific parts of the profile he disputes.

## Sun claims Bloomberg set to dox his wallets

According to Sun, Bloomberg contacted him for information on his crypto holdings. He agreed to provide his wallet addresses for verification, under the condition that they would not be published.

Sun also sought an injunction to prevent Bloomberg from revealing those addresses. According to the complaint, publishing this information could him at risk of hacking and kidnapping. So far, Bloomberg has not published the wallet addresses.

Bloomberg's legal team responded by stating that they would oppose Sun's restraining order. They argue that Sun cannot demonstrate how the profile caused harm or that Bloomberg breached any promise to him.

Disclaimer: The articles reposted on this site are sourced from public platforms and are provided for informational purposes only. They do not necessarily reflect the views of MEXC. All rights remain with the original authors. If you believe any content infringes on third-party rights, please contact service@support.mexc.com for removal. MEXC makes no guarantees regarding the accuracy, completeness, or timeliness of the content and is not responsible for any actions taken based on the information provided. The content does not constitute financial, legal, or other professional advice, nor should it be considered a recommendation or endorsement by MEXC.

## You May Also Like



### Astonishing Kevin Durant Bitcoin Fortune: A Decade-Long Hold Yields 195-...

BitcoinWorld Astonishing Kevin Durant Bitcoin Fortune: A Decade-Long Hold Yields 195-Fold Return Imagine logging into an old account and discovering a fortune! That's exactly what happened to NBA superstar Kevin...

🌕 1 $0.011  +185.56%    Q $0.033666  +3.62%    T $0.01672  -3.46%

Coinstats  |  2025/09/19 06:45                               ⟳ Share



### Siemens Patent Mentions IOTA for Renewable Energy NFT Certificates

Siemens has referenced IOTA as a solution for a computer-implemented method and system focused on temporal correlation. Recently, Echo Protocol launched a native Bitcoin bridge to the IOTA network, introducing...

 ECHO $0.03884 **-2.04%**    IOTA $0.1895 **-2.06%**    BRIDGE $0.06912 **+0.81%**

Crypto News Flash │ 2025/09/19 07:16                              ⟳ Share



### MetaMask Token Launch 'Coming Soon' – Best Crypto Wallet Native Coin T...

Popular decentralized cryptocurrency wallet MetaMask is coming up with its own native crypto. According to ConsenSys founder Joseph Lubin, it will happen very soon. MetaMask has always been the first choice for most...

 T $0.01672 **-3.46%**    TOKEN $0.01385 **-3.21%**    CORE $0.4503 **-2.38%**

The Cryptonomist │ 2025/09/19 05:54                              ⟳ Share

## Share Insights

𝕏    ✈    f    in    🔗    ⊞

Sign Up & Receive Up to              Bonus

Start your trading journey today!

[ Join Now ]



## Trending News

🔥  Astonishing Kevin Durant Bitcoin Fortune: A Decade-Long Hold Yields 195-Fold Return

🔥  Siemens Patent Mentions IOTA for Renewable Energy NFT Certificates

🔥  MetaMask Token Launch 'Coming Soon' – Best Crypto Wallet Native Coin To Watch?

🔥  P2P Satellite Networks Invoking Edge-AI and Decentralized Intelligence-: Internet-AI Optimization

🔥  How to Choose Proxies for Multi-Accounting: Key Criteria and Common Mistakes

## Crypto Prices

 Ethereum
ETH                                                                    $4,525.18
                                                                        -1.58%



| | | |
|---|---|---|
| **Bitcoin** BTC | $116,138.01 | -1.22% |
| **Solana** SOL | $241.38 | -2.73% |
| **XRP** XRP | $3.0361 | -2.45% |
| **DOGE** DOGE | $0.27141 | -5.31% |

