# Exhibit 8


Stake   200% Sign Up Bonus, Instant Payouts   Play Now



NEWS  · to $10B  •  Ethereum target December for Fusaka upgrade launch as $2M bug bounty heats up  •  Grays

News ▸ US ▸ TRON ▸ Legal

# Bloomberg faces lawsuit for disclosing Justin Sun's TRON token holdings

Sun argues the publication exposes him to potential security threats, highlights privacy concerns over crypto holdings.

Oluwapelumi Adejumo
Aug. 14, 2025 at 4:54 pm UTC

Share



Cover art/illustration via CryptoSlate. Image includes combined content which may include AI-generated content.

Tron founder Justin Sun has filed a lawsuit against Bloomberg, accusing the media outlet of unlawfully disclosing his private financial information in its Billionaires Index profile.

In an Aug. 11 court filing, the crypto billionaire alleged that Bloomberg intended to "recklessly and improperly" publish highly confidential and proprietary details about his crypto holdings.

He argued that the disclosure would cause "significant and irreparable" harm, both financially and personally, due to the sensitive nature of the data.

Sun said he provided Bloomberg with some information about his crypto portfolio only for verification purposes and under the condition that it would not be published without his consent.

He claimed that Bloomberg's planned report went far beyond the standard data typically included in the Billionaires Index and directly contradicted assurances given to him.


ADVERTISEMENT

According to him, Bloomberg's publication would provide everyone, including bad actors, with vital information to identify his crypto wallets. This action, Sun argued, would constitute an invasion of his privacy and also subject him and his family "to a significant and imminent risk of theft, hacking, kidnapping, and bodily harm."

Sun's legal team added:

> **"Given his significant crypto holdings, once Plaintiff's wallet numbers are known, Plaintiff will become a considerable target for bad actors who can use the information to determine the methods to carry out an attack, which may include a variety of tools to steal, extort, and attack Plaintiff."**

This case adds to Bloomberg's history of disputes with prominent crypto industry figures. In a separate matter, **Binance** founder **Changpeng Zhao** previously **threatened to sue the outlet,** alleging it published false and damaging reports about him and his company.

## Bloomberg's response

In an Aug. 12 letter to Judge Maryellen Noreika, Bloomberg stated that it will challenge the lawsuit and the temporary restraining order (TRO) that Sun requested.

The outlet argued the TRO was irrelevant because the article had already been published before it received a cease-and-desist letter from Sun's legal team. Bloomberg further claimed that blocking publication would infringe on its First Amendment rights.

In its report, Bloomberg estimated Sun's net worth to be $12.4 billion, with most of his wealth tied to digital assets.

The traditional media outlet stated that Sun owned more than 60 billion TRX tokens, which equates to roughly 63% of the token's total supply. In addition, Bloomberg noted that Sun owned 17,000 Bitcoin, 224,000 Ethereum, and 700,000 Tether USD (USDT).

Bloomberg pointed out that its analysis covered only verifiable on-chain holdings and excluded assets on exchanges like HTX and Binance.

**MENTIONED IN THIS ARTICLE**

TRON     Binance     HTX     Justin Sun     Changpeng Zhao

POSTED IN: TRON, US, LEGAL, PEOPLE, TOKENS

AUTHOR

Oluwapelumi Adejumo
Journalist at CryptoSlate

Oluwapelumi values Bitcoin's potential. He imparts insights on a range of topics like DeFi, hacks, mining and culture, underlining transformative power.

@hardeyjumoh     LinkedIn

EDITOR

Liam 'Akiba' Wright
Editor-in-Chief at CryptoSlate

Also known as "Akiba," Liam Wright is the Editor-in-Chief at CryptoSlate and host of the SlateCast. He believes that decentralized technology has the potential to make widespread positive change.

@akibablade     LinkedIn

## Latest US Stories

**Stablecoins are becoming banks amid Ripple's OCC bid, Tether's USAT push, and BoE's proposed wallet caps**
BANKING • 10 MINS AGO

**Rex-Osprey hybrid spot XRP ETF makes 2025 record-breaking debut**
ETF • 1 HOUR AGO

**SEC greenlight triggers XRP, SOL and DOGE spot ETFs December launch in race to $10B**

ANALYSIS • 2 HOURS AGO

**Grayscale wins SEC nod as five coin ETF eyes $1B and challenges Bitcoin giants**

ETF • 5 HOURS AGO

## Latest TRON Stories

**PayPal USD Expands to TRON Network via LayerZero**

Ad  STABLECOINS • 21 HOURS AGO

**TRON, Binance, and TRM Labs Highlight T3 FCU at CoinDesk: Policy & Regulation, TRON DAO Featured as 3 Block Sponsor**

Ad  PARTNERSHIPS • 1 WEEK AGO

**UQUID Report Identifies TRON as Core Infrastructure for E-Commerce Payments Across Latin America, Africa, and Asia**

Ad  PAYMENTS • 1 WEEK AGO

**World Liberty Financial blocklists Justin Sun's address holding 595 million WLFI**

CRYPTO NEWS • 2 WEEKS AGO

## Press Releases                                           View All

**Falcon Finance Unveils Tokenomics Framework for $FF Token**

28 MINS AGO

**Bitget and Hummingbot Partner to Unlock Open-Source Liquidity for Perpetuals Traders**

30 MINS AGO

**MEXC Launches XPL Launchpad: 50% Discount for New Users and 242,857 XPL Prize Pool**

PRESS RELEASE • 6 HOURS AGO

**Titan Raises $7M Seed from Galaxy Ventures and Launches Publicly on Solana**

20 HOURS AGO

**Disclaimer:** Our writers' opinions are solely their own and do not reflect the opinion of CryptoSlate. None of the information you read on CryptoSlate should be taken as investment advice, nor does CryptoSlate endorse any project that may be mentioned or linked to in this article. Buying and trading cryptocurrencies should be considered a high-risk activity. Please do your own due diligence before taking any action related to content within this article. Finally, CryptoSlate takes no responsibility should you lose money trading cryptocurrencies.