# Exhibit 9

# Post

**Bitcoin Cory 🦢 Swan.com** ✓
@coryklippsten

Such a quandary! Justin Sun wanted to sound rich for the Billionaires list, so he divulged to Bloomberg proof that he owns 60 billion TRX. Unfortunately the supply is only 95 billion. So he freely admitted that one guy owns almost 2/3 of Tron 😂

Now he's suing Bloomberg for... (checks notes) publishing what he sent them.

1:54 AM · Aug 14, 2025 · **309.6K** Views

💬 117    🔁 280    ♥ 2.4K    🔖 250

Read 117 replies

## New to X?

Sign up now to get your own personalized timeline!

- Sign up with Google
- Sign up with Apple
- Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## What's happening

**Stockton Street**
LIVE

Politics · Trending
**First Lady**
77.7K posts

Politics · Trending
**Tucker**
175K posts

Politics · Trending
**Crockett**
45.1K posts

Trending in United States
**TSITP MOVIE**
2,029 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up