# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | C.A. No. 25-1007-CFC |
| BLOOMBERG L.P. and BLOOMBERG INC., | ) ) ) | |
| Defendant(s). | ) ) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Bloomberg L.P. and Bloomberg Inc. (collectively, "Bloomberg") respectfully move to dismiss with prejudice Plaintiff Yuchen Justin Sun's Amended Complaint (D.I. 30) for failure to state a claim upon which relief can be granted.  The grounds for this motion are set forth in Defendants' Opening Brief in Support of their Motion to Dismiss, filed contemporaneously herewith.

Dated: October 9, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert M. Vrana*

James M. Yoch, Jr. (Bar No. 5251)
Robert M. Vrana (Bar No. 5666)
Rodney Square
1000 North King Street

Wilmington, DE 19801
(302) 571-6726
jyoch@ycst.com
rvrana@ycst.com

*Of Counsel:*
Thomas G. Hentoff (pro hac vice)
Nicholas G. Gamse (pro hac vice)
Tiffany Keung (pro hac vice)
Ian M. Swenson (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com
iswenson@wc.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1007-CFC |
| | ) | |
| BLOOMBERG L.P. and | ) | |
| BLOOMBERG INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## [PROPOSED] ORDER GRANTING
## MOTION TO DISMISS AMENDED COMPLAINT

WHEREAS, the Court, having considered Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the papers submitted in connection therewith:

IT IS HEREBY ORDERED this _____ day of _____, 202__, that the Motion is GRANTED and the Court, having considered the parties' briefing and the arguments therein, it is hereby ORDERED that the Defendants' motion to dismiss is GRANTED with prejudice.

_____
Chief United States District Judge Colm F. Connolly

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2025, a copy of the

foregoing document was served on the counsel listed below in the manner

indicated:

**BY EMAIL**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

Isabelle Corbett Sterling
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
isterling@bakerlaw.com

Teresa Goody Guillen
Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 100
Washington, D.C. 20036
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Robert M. Vrana
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*