# EXHIBIT 1



SPONSORED CONTENT

**As of October 8, 2025**

The Bloomberg Billionaires Index is a daily ranking of the world's richest people. Details about the calculations are provided in the net worth analysis on each billionaire's profile page. The figures are updated at the close of every trading day in New York.

| Rank | Name | Total net worth ▼ | $ Last change | $ YTD change | Country / Region | Industry |
|------|------|------------------|---------------|--------------|------------------|----------|
| 1 | Elon Musk | $455B | +$4.00B | +$22.4B | United States | Technology |
| 2 | Larry Ellison | $348B | +$4.58B | +$156B | United States | Technology |
| 3 | Mark Zuckerberg | $253B | +$1.61B | +$45.4B | United States | Technology |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Jeff Bezos | $248B | +$2.93B | +$9.10B | United States | Technology |
| 5 | Larry Page | $215B | -$1.22B | +$46.6B | United States | Technology |
| 6 | Sergey Brin | $201B | -$1.11B | +$42.8B | United States | Technology |
| 7 | Bernard Arnault | $186B | +$3.81B | +$9.40B | France | Consumer |
| 8 | Steve Ballmer | $180B | +$278M | +$33.7B | United States | Technology |
| 9 | Jensen Huang | $164B | +$3.49B | +$49.8B | United States | Technology |
| 10 | Michael Dell | $159B | +$5.87B | +$35.7B | United States | Technology |
| 11 | Warren Buffett | $150B | -$801M | +$8.37B | United States | Diversified |
| 12 | Jim Walton | $128B | -$463M | +$16.0B | United States | Retail |
| 13 | Rob Walton | $126B | -$430M | +$15.8B | United States | Retail |
| 14 | Alice Walton | $125B | -$459M | +$15.8B | United States | Retail |
| 15 | Bill Gates | $122B | +$530M | -$36.8B | United States | Technology |
| 16 | Amancio Ortega | $116B | -$1.86B | +$15.1B | Spain | Retail |
| 17 | Carlos Slim | $111B | +$607M | +$32.0B | Mexico | Diversified |
| 18 | Mukesh Ambani | $96.3B | -$1.29B | +$5.71B | India | Energy |
| 19 | Francoise Bettencourt Meyers | $94.9B | +$555M | +$20.4B | France | Consumer |
| 20 | Gautam Adani | $87.7B | -$972M | +$9.00B | India | Industrial |
| 21 | Thomas Peterffy | $86.0B | +$3.08B | +$32.8B | United States | Finance |
| 22 | Julia Flesher Koch & family | $80.6B | +$400M | +$7.60B | United States | Industrial |

| 23 | Zhong Shanshan | $78.0B | -$324M | +$23.0B | China | Diversified |
|---|---|---|---|---|---|---|
| 24 | Charles Koch | $73.3B | +$366M | +$7.57B | United States | Industrial |
| 25 | Ma Huateng | $72.9B | -$297M | +$24.6B | China | Technology |
| 26 | Changpeng Zhao | $65.2B | +$2.02B | +$11.8B | Canada | Finance |
| 27 | Zeng Yuqun | $60.3B | $0 | +$21.6B | Hong Kong | Industrial |
| 28 | Jeff Yass | $59.7B | -$39.8M | +$13.8B | United States | Finance |
| 29 | Zhang Yiming | $59.6B | $0 | +$15.7B | China | Technology |
| 30 | Stephen Schwarzman | $54.3B | -$676M | +$916M | United States | Finance |
| 31 | Giovanni Ferrero & family | $54.3B | -$169M | +$18.5B | Italy | Food & Beverage |
| 32 | German Larrea | $50.7B | +$886M | +$18.0B | Mexico | Commodities |
| 33 | Jacqueline Badger Mars | $49.5B | +$104M | +$6.37B | United States | Food & Beverage |
| 34 | John Mars | $49.5B | +$104M | +$6.37B | United States | Food & Beverage |
| 35 | Prajogo Pangestu | $49.3B | -$631M | +$19.5B | Indonesia | Energy |
| 36 | William Ding | $48.5B | +$1.26B | +$19.7B | China | Technology |
| 37 | Ken Griffin | $48.3B | $0 | +$6.91B | United States | Finance |
| 38 | Jack Ma | $47.8B | -$145M | +$13.6B | China | Technology |
| 39 | Gerard Wertheimer | $47.8B | +$312M | +$3.32B | France | Consumer |

| | | | | | |
|---|---|---|---|---|---|
| 40 | Alain Wertheimer | $47.7B | +$287M +$3.30B | France | Consumer |
| 41 | Tadashi Yanai | $47.5B | -$672M -$3.39B | Japan | Retail |
| 42 | Abigail Johnson | $47.4B | +$11.6M +$5.65B | United States | Finance |
| 43 | Colin Huang | $47.1B | +$102M +$13.0B | China | Technology |
| 44 | Lei Jun | $45.0B | -$35.0M +$15.3B | China | Technology |
| 45 | Iris Fontbona & family | $44.5B | +$1.27B +$15.9B | Chile | Commodities |
| 46 | Lukas Walton | $44.3B | -$176M +$5.56B | United States | Retail |
| 47 | Eric Schmidt | $43.8B | -$240M +$7.61B | United States | Technology |
| 48 | MacKenzie Scott | $42.6B | +$431M +$2.41B | United States | Technology |
| 49 | Masayoshi Son | $41.1B | -$1.17B +$25.2B | Japan | Technology |
| 50 | Miriam Adelson | $40.8B | +$494M +$3.59B | United States | Entertainment |

| 51 | Dieter Schwarz | $40.0B | -$44.1M | +$8.43B | Germany | Retail |
|----|----------------|--------|---------|---------|---------|--------|
| 52 | Robert Pera | $40.0B | +$593M | +$19.6B | United States | Technology |
| 53 | Len Blavatnik | $38.9B | -$107M | -$295M | United States | Diversified |
| 54 | Eduardo Saverin | $38.9B | +$254M | +$7.06B | Brazil | Technology |
| 55 | Klaus-Michael Kuehne | $38.8B | -$301M | +$307M | Germany | Industrial |
| 56 | Thomas Frist | $37.5B | -$810M | +$9.83B | United States | Health Care |
| 57 | Li Ka-shing | $37.1B | +$228M | +$7.19B | Hong Kong | Real Estate |

| # | Name | Total net worth | $ Last change | $ YTD change | Country | Industry |
|---|------|-----------------|---------------|--------------|---------|----------|
| 58 | Mark Mateschitz | $36.9B | +$752M | +$16.1B | Austria | Food & Beverage |
| 59 | Zhang Bo | $36.2B | +$290M | +$16.0B | China | Industrial |
| 60 | He Xiangjian | $35.6B | +$13.2M | +$2.84B | China | Consumer |
| 61 | Ernesto Bertarelli & family | $34.6B | -$380M | +$7.91B | Switzerland | Diversified |
| 62 | Shiv Nadar | $34.5B | +$337M | -$8.55B | India | Technology |
| 63 | Andy Bechtolsheim | $34.3B | +$2.19B | +$9.36B | Germany | Technology |
| 64 | Rick Cohen | $32.9B | +$165M | +$18.5B | United States | Consumer |
| 65 | Savitri Jindal | $32.8B | -$377M | +$468M | India | Commodities |
| 66 | Shapoor Mistry | $32.4B | +$234M | -$6.20B | India | Industrial |
| 67 | Rodolphe Saade & family | $32.2B | -$25.0M | +$2.44B | France | Services |
| 68 | Henry Samueli | $31.9B | +$761M | +$8.23B | United States | Technology |
| 69 | Phil Knight & family | $31.6B | -$22.7M | -$2.83B | United States | Consumer |
| 70 | Dan Gilbert | $30.8B | -$104M | +$4.70B | United States | Real Estate |
| 71 | Hasso Plattner | $30.4B | +$80.0M | +$4.65B | Germany | Technology |
| 72 | Eyal Ofer | $30.3B | -$94.8M | +$3.86B | Monaco | Diversified |
| 73 | Susanne Klatten | $30.1B | -$1.14B | +$5.80B | Germany | Industrial |
| 74 | Vladimir Potanin | $29.9B | +$355M | +$2.04B | Russian Federation | Commodities |
| 75 | Idan Ofer | $29.8B | +$70.0M | +$1.31B | Israel | Energy |

| 76 | Gina Rinehart | $29.7B | +$214M | +$4.68B | Australia | Commodities |
|---|---|---|---|---|---|---|
| 77 | Gianluigi Aponte | $29.4B | +$6.95M | +$1.99B | Switzerland | Services |
| 78 | Lakshmi Mittal | $29.1B | +$768M | +$9.45B | India | Commodities |
| 79 | Aliko Dangote | $29.1B | -$19.5M | +$995M | Nigeria | Industrial |
| 80 | Henry Cheng | $28.9B | -$91.2M | +$9.94B | Hong Kong | Retail |
| 81 | Sunil Mittal | $28.0B | +$207M | +$4.15B | India | Media & Telecom |
| 82 | Huang Shilin | $28.0B | $0 | +$9.89B | China | Industrial |
| 83 | Elaine Marshall | $27.4B | +$139M | +$2.57B | United States | Industrial |
| 84 | Francois Pinault | $27.3B | +$310M | +$5.72B | France | Consumer |
| 85 | Alexey Mordashov | $27.0B | +$91.6M | +$3.74B | Russian Federation | Industrial |
| 86 | Peter Thiel | $26.5B | +$78.6M | +$10.4B | United States | Finance |
| 87 | Zhang Zhidong | $26.2B | -$100M | +$7.03B | China | Technology |
| 88 | Jorge Paulo Lemann | $25.9B | -$96.0M | +$4.69B | Brazil | Food & Beverage |
| 89 | Azim Premji | $25.8B | -$22.0M | -$5.10B | India | Technology |
| 90 | Wang Chuan-Fu | $25.8B | +$620k | +$4.63B | China | Consumer |
| 91 | Andrew Forrest | $25.6B | -$69.7M | +$3.59B | Australia | Commodities |
| 92 | Vagit Alekperov | $25.5B | -$92.4M | +$219M | Russian Federation | Energy |

| 93 | Stefan Quandt | $25.4B | -$1.41B | +$4.52B | Germany | Industrial |
| 94 | Leonid Mikhelson | $25.0B | +$1.14M | +$2.69B | Russian Federation | Energy |
| 95 | Low Tuck Kwong | $25.0B | -$237M | -$2.89B | Indonesia | Energy |
| 96 | Lyndal Stephens Greth | $24.9B | -$33.7M | +$174M | United States | Energy |
| 97 | Dilip Shanghvi | $24.5B | -$332M | -$5.01B | India | Health Care |
| 98 | Andrea Pignataro | $24.4B | +$107M | +$3.77B | Italy | Finance |
| 99 | Vicky Safra | $24.3B | -$74.8M | +$3.95B | Greece | Finance |
| 100 | Philip Anschutz | $24.1B | -$161M | +$3.09B | United States | Diversified |

| | | | | | |
|---|---|---|---|---|---|
| 101 | Takemitsu Takizaki | **$24.1B** | -$621M | +$30.4M | Japan | Technology |
| 102 | Zhang Xuexin | **$23.7B** | +$119M | +$10.7B | China | Industrial |
| 103 | Stefan Persson | **$23.3B** | -$403M | +$6.73B | Sweden | Retail |
| 104 | Stan Kroenke | **$23.2B** | $0 | +$2.48B | United States | Real Estate |
| 105 | Ernie Garcia | **$23.1B** | -$424M | +$8.11B | United States | Consumer |
| 106 | Zhong Huijuan | **$22.9B** | +$432M | +$12.7B | China | Health Care |
| 107 | Manuel Villar | **$22.9B** | +$70.9M | +$383M | Philippines | Diversified |
| 108 | Adam Foroughi | **$22.9B** | -$77.5M | +$10.8B | United States | Technology |
| 109 | David Sun | **$22.8B** | +$441M | +$8.98B | United States | Technology |
| 110 | John Tu | **$22.8B** | +$441M | +$8.98B | United States | Technology |

| 111 | Vladimir Lisin | $22.7B | +$414k | -$3.17B | Russian Federation | Industrial |
|---|---|---|---|---|---|---|
| 112 | David Tepper | $22.5B | -$50.0M | +$1.27B | United States | Finance |
| 113 | Chen Tianshi | $22.4B | $0 | +$11.5B | China | Technology |
| 114 | Qin Yinglin | $21.7B | $0 | +$7.30B | China | Food & Beverage |
| 115 | Kumar Birla | $21.7B | -$208M | +$2.78B | India | Industrial |
| 116 | John Menard | $21.6B | -$88.7M | -$1.33B | United States | Retail |
| 117 | Harry Triguboff | $21.1B | $0 | +$3.30B | Australia | Real Estate |
| 118 | Wang Ning | $21.1B | -$128M | +$13.4B | China | Consumer |
| 119 | Liu Yongxing | $21.0B | +$121M | +$7.34B | China | Industrial |
| 120 | Christy Walton | $20.6B | -$75.4M | +$3.04B | United States | Retail |
| 121 | Jan Koum | $20.3B | -$100M | +$2.90B | United States | Technology |
| 122 | Robert Kuok | $20.1B | +$26.6M | +$2.75B | Malaysia | Diversified |
| 123 | Sherry Brydson | $20.1B | -$11.7M | +$893M | Canada | Media & Telecom |
| 124 | Jim Goodnight | $20.0B | +$361M | +$4.49B | United States | Technology |
| 125 | Donald Newhouse | $19.9B | -$176M | +$1.23B | United States | Media & Telecom |
| 126 | Dietmar Hopp | $19.7B | +$92.7M | +$3.21B | Germany | Technology |
| 127 | Xu Yangtian | $19.5B | $0 | -$1.95B | China | Retail |
| 128 | Andrey Melnichenko | $19.3B | +$3.95M | -$870M | Russian Federation | Industrial |
| 129 | Ray Dalio | $19.3B | -$50.0M | +$3.07B | United States | Finance |
| 130 | Jerry Jones | $19.1B | -$279M | +$3.27B | United States | Entertainment |

| | | | | | |
|---|---|---|---|---|---|
| 131 | Radhakishan Damani | $19.0B | -$40.7M | +$2.63B | India | Retail |
| 132 | Jaime Gilinski | $18.9B | -$74.9M | +$10.1B | Colombia | Finance |
| 133 | George Roberts | $18.8B | -$49.2M | -$1.31B | United States | Finance |
| 134 | Jay Chaudhry | $18.6B | +$1.18B | +$7.61B | United States | Technology |
| 135 | Henry Kravis | $18.5B | -$49.2M | -$497M | United States | Finance |
| 136 | Lin Bin | $18.0B | +$1.25M | +$6.05B | United States | Technology |
| 137 | Ludwig Merckle | $17.9B | +$121M | +$7.91B | Germany | Industrial |
| 138 | Johann Rupert & family | $17.9B | +$300M | +$4.23B | South Africa | Diversified |
| 139 | Paolo Rocca & family | $17.6B | +$12.9M | +$2.96B | Italy | Commodities |
| 140 | Donald Bren | $17.5B | $0 | +$91.8M | United States | Real Estate |
| 141 | Diane Hendricks | $17.4B | +$194M | +$3.46B | United States | Services |
| 142 | Steve Cohen | $17.4B | -$1.53M | +$2.60B | United States | Finance |
| 143 | Budi Hartono | $17.4B | -$488M | -$5.20B | Indonesia | Diversified |
| 144 | Charles Butt & family | $17.3B | $0 | +$2.10B | United States | Retail |
| 145 | Micky Arison | $17.3B | -$32.0M | +$2.52B | United States | Entertainment |
| 146 | Bob Duggan | $17.2B | +$568M | +$3.89B | United States | Health Care |
| 147 | Alex Karp | $17.2B | +$87.7M | +$9.95B | United States | Technology |
| 148 | Alwaleed Bin Talal | $17.1B | -$104M | +$1.23B | Saudi Arabia | Diversified |

10/9/25, 9:20 AM
Case 1:25-cv-01007-CFC
Document 41-1
Bloomberg Billionaires Index
Filed 10/09/25
Page 13 of 40 PageID #:
470

| 149 | Leon Black | **$17.1B** | -$125M | +$2.38B | United States | Finance |
| 150 | Reinhold Wuerth | **$17.0B** | -$4.58M | -$4.28B | Germany | Industrial |

| | | | | | |
|---|---|---|---|---|---|
| 151 | Melinda French Gates | $17.0B | -$56.9M | +$2.02B | United States | Diversified |
| 152 | Yu Yong | $16.9B | +$11.6M | +$8.17B | China | Finance |
| 153 | Lv Xiang-yang | $16.9B | $0 | +$3.73B | China | Consumer |
| 154 | Tom Gores | $16.7B | $0 | +$1.93B | United States | Finance |
| 155 | Brad Jacobs | $16.7B | +$175M | +$9.78B | United States | Services |
| 156 | Alisher Usmanov | $16.6B | +$84.5M | +$3.42B | Russian Federation | Diversified |
| 157 | Li Shu Fu | $16.6B | +$259M | +$3.32B | China | Industrial |
| 158 | Alejandro Santo Domingo & family | $16.6B | -$35.5M | +$2.89B | Colombia | Food & Beverage |
| 159 | Anthony Bamford & family | $16.5B | +$270M | +$4.86B | United Kingdom | Industrial |
| 160 | Anthoni Salim | $16.5B | -$32.1M | +$3.63B | Indonesia | Diversified |
| 161 | James Dyson | $16.3B | -$39.9M | -$2.91B | United Kingdom | Consumer |
| 162 | Charles Schwab | $16.3B | -$46.7M | +$3.03B | United States | Finance |
| 163 | Charlene de Carvalho-Heineken | $16.3B | +$7.49M | +$2.95B | Netherlands | Food & Beverage |
| 164 | Brian Armstrong | $16.3B | +$451M | +$5.48B | United States | Technology |
| 165 | Michal Strnad | $16.1B | +$283M | +$6.98B | Czech Republic | Industrial |

| | | | | | | |
|---|---|---|---|---|---|---|
| 166 | Sun Piaoyang | $16.1B | $0 | +$5.69B | China | Health Care |
| 167 | Zhou Qunfei | $16.0B | $0 | +$5.64B | China | Technology |
| 168 | Pham Nhat Vuong | $16.0B | -$222M | +$10.7B | Viet Nam | Real Estate |
| 169 | Karl Albrecht Jr | $15.9B | -$35.6M | +$2.17B | Germany | Retail |
| 170 | Beate Heister | $15.9B | -$35.6M | +$2.17B | Germany | Retail |
| 171 | Renata Kellnerova | $15.9B | +$4.83M | +$2.13B | Czech Republic | Diversified |
| 172 | Uday Kotak | $15.9B | -$80.2M | +$1.96B | India | Finance |
| 173 | Michael Hartono | $15.9B | -$470M | -$5.12B | Indonesia | Diversified |
| 174 | Thomas Struengmann | $15.8B | -$37.8M | +$479M | Germany | Health Care |
| 175 | Zhu Yi | $15.7B | $0 | +$7.88B | China | Health Care |
| 176 | Andy Beal | $15.7B | -$84.9M | +$1.94B | United States | Finance |
| 177 | Barry Lam | $15.7B | -$129M | +$2.62B | Taiwan | Technology |
| 178 | Andreas Struengmann | $15.7B | -$37.8M | +$304M | Germany | Health Care |
| 179 | Mikhail Prokhorov | $15.7B | +$6.49M | +$779M | Russian Federation | Diversified |
| 180 | Ralph Lauren | $15.6B | +$70.6M | +$3.42B | United States | Consumer |
| 181 | Martin Viessmann & family | $15.5B | -$53.4M | +$2.43B | Germany | Industrial |
| 182 | Sukanto Tanoto | $15.3B | +$308k | -$5.09B | Indonesia | Commodities |

| 183 | Sammy Lee | $15.3B | -$43.0M | +$1.21B | Hong Kong | Consumer |
|---|---|---|---|---|---|---|
| 184 | Pei Zhenhua | $15.2B | $0 | +$5.33B | China | Industrial |
| 185 | K P Singh | $15.2B | -$256M | -$2.60B | India | Real Estate |
| 186 | David Velez | $15.1B | +$309M | +$4.86B | Colombia | Finance |
| 187 | Stephen Ross | $15.1B | -$11.5M | +$2.32B | United States | Real Estate |
| 188 | John Fredriksen | $15.1B | -$67.2M | +$3.85B | Cyprus | Industrial |
| 189 | Hansjoerg Wyss | $15.1B | -$123M | +$3.50B | Switzerland | Health Care |
| 190 | Cyrus Poonawalla | $15.1B | -$156M | -$1.53B | India | Health Care |
| 191 | Francis Lui | $15.0B | -$75.9M | +$2.65B | Hong Kong | Diversified |
| 192 | Raymond Kwok | $15.0B | +$35.6M | +$2.83B | Hong Kong | Real Estate |
| 193 | Nancy Laurie | $14.9B | -$40.7M | +$1.93B | United States | Retail |
| 194 | Peter Woo | $14.8B | +$43.2M | +$1.27B | Hong Kong | Real Estate |
| 195 | Jim Ratcliffe | $14.8B | -$302M | +$1.58B | United Kingdom | Industrial |
| 196 | Leo Koguan | $14.8B | +$155M | +$357M | United States | Technology |
| 197 | Ned Johnson IV | $14.7B | +$256k | +$1.11B | United States | Finance |
| 198 | Elizabeth Johnson | $14.7B | +$1.30M | +$1.11B | United States | Finance |
| 199 | Izzy Englander | $14.7B | -$28.0M | +$1.32B | United States | Finance |
| 200 | Pavel Durov | $14.7B | -$1.12B | +$3.71B | Russian Federation | Technology |

| 201 | Dave Duffield | $14.7B | +$188M | -$1.47B | United States | Technology |
| 202 | Jay Y. Lee | $14.7B | -$111M | +$6.22B | Korea, Republic of | Diversified |

| 203 | Orlando Bravo | $14.6B | -$14.2M | -$912M | United States | Finance |
| 204 | Li Xiting | $14.5B | $0 | +$457M | Singapore | Health Care |
| 205 | Justin Sun | $14.4B | +$128M | +$1.05B | Hong Kong | Finance |
| 206 | Tobi Lutke | $14.4B | +$392M | +$5.01B | Canada | Technology |
| 207 | Thomas Kwok | $14.3B | +$53.2M | +$2.51B | Hong Kong | Real Estate |
| 208 | Torstein Hagen | $14.3B | +$47.2M | +$4.10B | Norway | Services |
| 209 | Arthur Dantchik | $14.3B | +$22.4M | +$3.95B | United States | Finance |
| 210 | Nik Storonsky | $14.3B | $0 | +$5.66B | United Kingdom | Finance |
| 211 | Mikhail Fridman | $14.2B | -$6.16M | -$607M | Russian Federation | Diversified |
| 212 | Pierre Omidyar | $14.1B | -$73.7M | +$2.05B | United States | Technology |
| 213 | Terry Pegula | $14.1B | -$49.3M | +$1.77B | United States | Energy |
| 214 | Cao Renxian | $14.1B | $0 | +$7.73B | China | Technology |
| 215 | Carl Cook | $14.1B | $0 | +$1.68B | United States | Health Care |
| 216 | Qi Shi | $14.1B | $0 | +$1.02B | China | Finance |
| 217 | Xavier Niel | $14.1B | -$37.5M | +$6.07B | France | Technology |
| 218 | David Cheriton | $14.0B | +$552M | +$3.29B | Canada | Technology |
| 219 | Sandra Ortega Mera | $13.8B | -$193M | +$1.92B | Spain | Retail |
| 220 | Richard Kinder | $13.8B | +$8.42M | +$715M | United States | Energy |
| 221 | Friedhelm Loh | $13.7B | +$244M | +$3.30B | Germany | Diversified |
| 222 | Martin Lorentzon | $13.7B | -$339M | +$4.17B | Sweden | Technology |

| | | | | | |
|---|---|---|---|---|---|
| 223 | Ralph Sonnenberg | $13.6B | -$100M +$2.80B | Netherlands | Consumer |
| 224 | Ann Kroenke | $13.5B | -$40.7M +$1.73B | United States | Retail |
| 225 | Charoen Sirivadhanabhakdi | $13.4B | -$14.4M +$669M | Thailand | Food & Beverage |
| 226 | Nicky Oppenheimer | $13.4B | -$75.0M +$1.90B | South Africa | Diversified |
| 227 | Enrique Razon | $13.4B | +$341M +$4.09B | Philippines | Services |
| 228 | Martin Lee | $13.4B | -$13.1M +$1.52B | Hong Kong | Real Estate |
| 229 | Peter Lee | $13.4B | -$13.1M +$1.52B | Hong Kong | Real Estate |
| 230 | Hussain Sajwani | $13.3B | +$102.0 +$10.0B | United Arab Emirates | Real Estate |
| 231 | Rupert Murdoch | $13.3B | -$166M +$1.50B | United States | Media & Telecom |
| 232 | Kenneth Dart | $13.2B | -$72.2M +$3.98B | Cayman Islands | Finance |
| 233 | Giancarlo Devasini | $13.2B | $0 +$4.94B | Italy | Finance |
| 234 | Gennady Timchenko | $13.1B | +$16.2M +$2.07B | Russian Federation | Diversified |
| 235 | Cen Junda | $13.1B | +$102M +$6.15B | China | Health Care |
| 236 | Bob Pender | $12.9B | +$128M -$11.8B | United States | Commodities |
| 237 | Mike Sabel | $12.9B | +$128M -$11.8B | United States | Commodities |
| 238 | Hugh Grosvenor | $12.9B | $0 -$199M | United Kingdom | Real Estate |
| 239 | Tilman Fertitta | $12.9B | -$100M -$2.37B | United States | Entertainment |
| 240 | Harold Hamm | $12.8B | +$68.1M +$589M | United States | Energy |

| 241 | Gong Hongjia | $12.8B | $0 | +$1.56B | China | Technology |
| 242 | Terry Gou | $12.8B | -$173M | +$2.88B | Taiwan | Industrial |
| 243 | Wang Liping | $12.8B | $0 | +$5.69B | China | Industrial |
| 244 | Prince Hans-Adam II | $12.8B | -$53.2M | +$2.54B | Liechtenstein | Finance |
| 245 | Jeffery Hildebrand | $12.7B | -$46.2M | -$5.72B | United States | Energy |
| 246 | Mark Walter | $12.7B | -$25.2M | +$130M | United States | Finance |
| 247 | Forrest Li | $12.7B | +$86.2M | +$5.54B | Singapore | Technology |
| 248 | Lin Muqin | $12.6B | $0 | +$2.66B | China | Consumer |
| 249 | Theo Albrecht Jr | $12.6B | +$178M | -$2.19B | Germany | Retail |
| 250 | Alejandro Bailleres | $12.5B | +$415M | +$6.47B | Mexico | Commodities |

| 251 | Michael Platt | $12.5B | -$50.0M | +$2.75B | United Kingdom | Finance |
| 252 | Taylor Thomson | $12.4B | -$15.0M | +$573M | Canada | Media & Telecom |
| 253 | Peter Thomson | $12.4B | -$15.0M | +$573M | Canada | Media & Telecom |
| 254 | David Thomson | $12.4B | -$14.1M | +$570M | Canada | Media & Telecom |
| 255 | Dang Yanbao | $12.4B | $0 | +$1.47B | China | Energy |
| 256 | Marijke Mars | $12.3B | +$26.0M | +$1.59B | United States | Food & Beverage |
| 257 | Victoria Mars | $12.3B | +$26.0M | +$1.59B | United States | Food & Beverage |
| 258 | Pamela Mars-Wright | $12.3B | +$26.0M | +$1.59B | United States | Food & Beverage |

| | | | | | |
|---|---|---|---|---|---|
| 259 | Valerie Mars | $12.3B | +$26.0M | +$1.59B | United States | Food & Beverage |
| 260 | John Albert Sobrato | $12.3B | $0 | +$946M | United States | Real Estate |
| 261 | Otto Toto Sugiri | $12.3B | -$1.33M | +$10.3B | Indonesia | Technology |
| 262 | Alex Gerko | $12.3B | -$2.84M | +$2.01B | United Kingdom | Finance |
| 263 | Tony Ressler | $12.3B | +$63.5M | -$522M | United States | Finance |
| 264 | Laurene Powell Jobs | $12.2B | -$42.7M | +$269M | United States | Media & Telecom |
| 265 | Antonia Axson Johnson | $12.2B | -$38.3M | +$2.50B | Sweden | Industrial |
| 266 | Dustin Moskovitz | $12.2B | +$75.5M | -$16.1B | United States | Technology |
| 267 | Karel Komarek | $12.1B | -$80.1M | +$2.10B | Czech Republic | Diversified |
| 268 | Wang Wei | $12.1B | $0 | +$1.99B | China | Services |
| 269 | Patrick Soon-Shiong | $12.1B | -$30.5M | +$1.75B | United States | Health Care |
| 270 | Wu Jianshu | $12.1B | -$52.7M | +$4.87B | Hong Kong | Industrial |
| 271 | Yeung Kin-Man | $12.0B | +$87.0M | +$5.07B | Hong Kong | Technology |
| 272 | Todd Graves | $12.0B | -$32.1M | +$2.26B | United States | Consumer |
| 273 | Randa Williams | $12.0B | -$33.0M | +$1.23B | United States | Energy |
| 274 | Anthony Pratt | $12.0B | +$89.0M | +$233M | Australia | Industrial |
| 275 | Josh Harris | $12.0B | -$42.7M | -$597M | United States | Finance |

| 276 | Ravi Jaipuria | $11.9B | -$118M | -$5.31B | India | Consumer |
| 277 | Mark Stevens | $11.9B | +$151M | +$2.63B | United States | Technology |
| 278 | Charles Ergen | $11.9B | -$314M | +$7.53B | United States | Media & Telecom |
| 279 | Dannine Avara | $11.9B | -$58.0M | +$1.19B | United States | Energy |
| 280 | Scott Duncan | $11.9B | -$58.0M | +$1.19B | United States | Energy |
| 281 | Milane Frantz | $11.9B | -$58.0M | +$1.22B | United States | Energy |
| 282 | Vikram Lal | $11.9B | -$84.5M | +$3.16B | India | Industrial |
| 283 | David Shaw | $11.9B | -$52.5M | +$1.10B | United States | Finance |
| 284 | Ken Fisher | $11.9B | $0 | +$5.98B | United States | Finance |
| 285 | Sarath Ratanavadi | $11.8B | -$2.73M | -$3.09B | Thailand | Energy |
| 286 | Eric Smidt | $11.8B | -$169M | +$3.21B | United States | Retail |
| 287 | Andre Esteves | $11.8B | +$281M | +$5.15B | Brazil | Finance |
| 288 | Graeme Hart | $11.7B | -$128M | +$375M | New Zealand | Finance |
| 289 | Sulaiman Al Habib | $11.6B | +$89.6M | +$91.6M | Saudi Arabia | Health Care |
| 290 | Tom Morris | $11.6B | -$8.82M | +$4.39B | United Kingdom | Retail |
| 291 | Simon Reuben | $11.5B | -$88.0k | -$13.3M | United Kingdom | Diversified |
| 292 | David Reuben | $11.5B | -$88.0k | -$13.3M | United Kingdom | Diversified |
| 293 | Shahid Khan | $11.5B | -$6.74M | +$1.77B | United States | Consumer |
| 294 | John Doerr | $11.4B | -$73.6M | +$2.37B | United States | Finance |
| 295 | Steven Rales | $11.4B | -$137M | +$50.3M | United States | Industrial |

| 296 | Ernest Garcia III | $11.3B | -$285M | +$5.03B | United States | Consumer |
| 297 | Rafael Del Pino | $11.3B | +$21.9M | +$3.25B | Spain | Industrial |
| 298 | Thomas Schmidheiny | $11.3B | -$21.8M | +$2.87B | Switzerland | Industrial |
| 299 | Les Wexner | $11.3B | +$179M | +$3.08B | United States | Retail |
| 300 | Shari Arison | $11.3B | -$25.0M | +$2.58B | Israel | Diversified |

| 301 | Wei Jianjun | $11.2B | $0 | -$103M | China | Consumer |
|-----|-------------|--------|-----|--------|-------|----------|
| 302 | Joseph Tsai | $11.1B | -$6.90M | +$4.13B | Canada | Technology |
| 303 | Chris Hohn | $11.1B | -$6.74M | +$2.31B | United Kingdom | Finance |
| 304 | Leonid Fedun | $11.1B | -$15.6M | +$1.02B | Russian Federation | Energy |
| 305 | Michael Kadoorie | $11.1B | -$7.70M | +$666M | Hong Kong | Energy |
| 306 | Steven Spielberg | $11.1B | -$50.0M | +$1.35B | United States | Entertainment |
| 307 | Robert Smith | $11.1B | $0 | $0 | United States | Finance |
| 308 | Arthur Blank | $11.0B | -$30.1M | -$5.72M | United States | Entertainment |
| 309 | Marcel Telles | $11.0B | +$13.7M | +$1.57B | Brazil | Food & Beverage |
| 310 | Stan Druckenmiller | $11.0B | $0 | $0 | United States | Finance |
| 311 | Daniel Kretinsky | $10.9B | -$15.2M | +$4.00B | Czech Republic | Energy |
| 312 | Woody Johnson | $10.8B | +$1.25M | +$2.07B | United States | Diversified |
| 313 | Peter Mallouk | $10.8B | $0 | +$1.80B | United States | Finance |

| 314 | Frank Wang | $10.7B | +$186M | +$6.42B | China | Technology |
|---|---|---|---|---|---|---|
| 315 | Robin Li | $10.7B | -$70.5M | +$3.92B | China | Technology |
| 316 | George Kaiser | $10.7B | +$83.3M | -$3.69B | United States | Energy |
| 317 | Yi Zheng | $10.6B | $0 | +$2.61B | China | Finance |
| 318 | Lu Weiding | $10.6B | +$9.47M | +$3.86B | China | Diversified |
| 319 | Nusli Wadia | $10.6B | -$114M | +$1.23B | India | Diversified |
| 320 | Ronda Stryker | $10.6B | +$78.1M | +$541M | United States | Health Care |
| 321 | Frank Lowy | $10.5B | -$50.0M | +$2.03B | Australia | Real Estate |
| 322 | John Malone | $10.5B | -$65.1M | +$955M | United States | Media & Telecom |
| 323 | Patrick G Ryan & family | $10.5B | -$14.8M | -$917M | United States | Services |
| 324 | Carl Bennet | $10.4B | +$88.3M | +$1.87B | Sweden | Finance |
| 325 | Kjeld Kirk Kristiansen | $10.4B | -$41.3M | +$3.15B | Denmark | Consumer |
| 326 | Ray Lee Hunt | $10.3B | -$16.6M | +$1.47B | United States | Energy |
| 327 | Robert Kraft | $10.3B | +$4.50M | +$1.54B | United States | Entertainment |
| 328 | Li Ping | $10.3B | $0 | +$3.63B | China | Industrial |
| 329 | Samuel Yin | $10.2B | -$27.5M | +$1.97B | Taiwan | Diversified |
| 330 | Abdullah Al Ghurair | $10.2B | +$10.9M | +$1.17B | United Arab Emirates | Diversified |
| 331 | Rahul Bhatia | $10.2B | -$71.7M | +$1.57B | India | Consumer |
| 332 | Marc Benioff | $10.2B | -$9.35M | -$1.44B | United States | Technology |
| 333 | Scott Farquhar | $10.2B | -$54.1M | -$4.49B | Australia | Technology |

| | | | | | |
|---|---|---|---|---|---|
| 334 | Jorge Moll & family | $10.1B | -$11.0M | +$4.34B | Brazil | Health Care |
| 335 | Agnete Kirk Thinggaard | $10.1B | -$16.3M | +$3.10B | Denmark | Consumer |
| 336 | Thomas Kirk Kristiansen | $10.1B | -$16.3M | +$3.10B | Denmark | Consumer |
| 337 | Laurent Dassault | $10.1B | -$18.2M | +$1.81B | France | Diversified |
| 338 | Marie-Helene Habert-Dassault | $10.1B | -$19.4M | +$1.81B | France | Diversified |
| 339 | Thierry Dassault | $10.1B | -$19.4M | +$1.81B | France | Diversified |
| 340 | Ma Jianrong | $10.1B | -$69.1M | +$1.09B | China | Consumer |
| 341 | Wang Laisheng | $10.1B | $0 | +$3.44B | China | Industrial |
| 342 | Piero Ferrari | $10.1B | -$221M | +$1.23B | Italy | Consumer |
| 343 | Marc Rowan | $10.1B | -$64.8M | -$798M | United States | Finance |
| 344 | Mike Novogratz | $10.1B | +$354M | +$4.95B | United States | Finance |
| 345 | Murali Divi | $10.0B | +$23.1M | -$218M | India | Health Care |
| 346 | Goh Hup Jin | $10.0B | -$108M | +$463M | Singapore | Industrial |
| 347 | Ivan Glasenberg | $9.99B | -$47.2M | +$1.31B | Switzerland | Commodities |
| 348 | Lynn Schusterman | $9.98B | -$65.3M | +$925M | United States | Energy |
| 349 | John Sall | $9.98B | +$180M | +$2.24B | United States | Technology |

| 350 | Marcos Galperin | $9.96B | -$27.2M | +$2.03B | Argentina | Technology |

| | | | | | |
|---|---|---|---|---|---|
| 351 | Viktor Vekselberg | $9.96B | -$7.58M +$2.68B | Russian Federation | Industrial |
| 352 | Mike Cannon-Brookes | $9.95B | -$51.9M -$4.66B | Australia | Technology |
| 353 | Naguib Sawiris | $9.93B | -$35.4M +$3.05B | Egypt | Media & Telecom |
| 354 | Mangal Prabhat Lodha | $9.82B | -$133M -$2.40B | India | Real Estate |
| 355 | Jimmy Haslam | $9.81B | $0 +$1.04B | United States | Consumer |
| 356 | Linda Campbell | $9.77B | -$17.2M +$445M | Canada | Media & Telecom |
| 357 | Gaye Farncombe | $9.77B | -$17.2M +$445M | Canada | Media & Telecom |
| 358 | Sofie Kirk Kristiansen | $9.76B | -$42.1M +$2.91B | Denmark | Consumer |
| 359 | Nassef Sawiris | $9.72B | +$51.9M +$1.03B | Egypt | Industrial |
| 360 | Brian Chesky | $9.70B | +$10.5M -$955M | United States | Services |
| 361 | Chen Tao | $9.69B | $0 +$8.21B | China | Technology |
| 362 | Tammy Gustavson | $9.67B | -$26.8M +$388M | United States | Services |
| 363 | Natie Kirsh | $9.58B | -$5.05M +$246M | South Africa | Food & Beverage |
| 364 | Pang Kang | $9.57B | $0 -$1.72B | China | Food & Beverage |
| 365 | Suleiman Kerimov | $9.57B | +$75.0M +$2.53B | Russian Federation | Commodities |
| 366 | Luis Sarmiento | $9.52B | -$22.6M +$2.71B | Colombia | Finance |
| 367 | Jude Reyes | $9.50B | $0 +$380M | United States | Consumer |

Bloomberg Billionaires Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 368 | Chris Reyes | $9.50B | $0 | +$380M | United States | Consumer |
| 369 | Cai Haoyu | $9.47B | -$17.2M | +$2.17B | China | Entertainment |
| 370 | Zeng Fangqin | $9.47B | $0 | +$4.91B | China | Industrial |
| 371 | Vincent Bollore | $9.46B | -$55.6M | -$201M | France | Diversified |
| 372 | Min Kao | $9.45B | +$37.8M | +$1.65B | United States | Technology |
| 373 | Willi Liebherr | $9.42B | +$149M | +$3.75B | Germany | Industrial |
| 374 | Isolde Liebherr | $9.42B | +$151M | +$3.75B | Germany | Industrial |
| 375 | Don Hankey | $9.42B | +$111M | +$3.42B | United States | Finance |
| 376 | Jon Gray | $9.41B | -$130M | -$128M | United States | Finance |
| 377 | Xu Gaoming | $9.38B | +$527M | +$6.25B | China | Retail |
| 378 | Maria Angelicoussis | $9.38B | $0 | +$2.77B | Greece | Industrial |
| 379 | Patrick Collison | $9.37B | $0 | +$2.20B | Ireland | Technology |
| 380 | John Collison | $9.37B | $0 | +$2.20B | Ireland | Technology |
| 381 | Wang Laichun | $9.35B | $0 | +$3.44B | China | Industrial |
| 382 | Dmitry Rybolovlev | $9.34B | -$49.7M | -$1.63B | Russian Federation | Diversified |
| 383 | Clive Calder | $9.30B | -$50.0M | +$1.30B | United Kingdom | Entertainment |
| 384 | Mat Ishbia | $9.30B | +$52.7M | +$3.03B | United States | Finance |
| 385 | Michael Kim | $9.29B | -$25.0M | +$141M | United States | Finance |
| 386 | Henry Laufer | $9.25B | -$50.0M | +$1.20B | United States | Finance |
| 387 | Mike Dorrell | $9.25B | $0 | +$500M | Australia | Finance |

| | | | | | |
|---|---|---|---|---|---|
| 388 | Victor Rashnikov | $9.24B | +$50.0M -$297M | Russian Federation | Industrial |
| 389 | Andrey Guryev | $9.23B | -$4.50M +$433M | Russian Federation | Industrial |
| 390 | Dennis Washington | $9.23B | +$80.7M +$1.42B | United States | Industrial |
| 391 | Magdalena Martullo | $9.22B | -$119M +$1.35B | Switzerland | Industrial |
| 392 | Dan Friedkin | $9.16B | +$11.6M -$2.34B | United States | Retail |
| 393 | Daniel Ek | $9.16B | -$71.0M +$2.35B | Sweden | Technology |
| 394 | Pankaj Patel | $9.13B | -$14.3M -$39.5M | India | Health Care |
| 395 | Johnny Morris | $9.12B | +$103M +$1.67B | United States | Retail |
| 396 | Marina Budiman | $9.10B | -$999k +$7.66B | Indonesia | Technology |
| 397 | David Geffen | $9.10B | $0 $0 | United States | Entertainment |
| 398 | Leaf Hua Li | $9.09B | +$390M +$5.06B | China | Technology |
| 399 | Mark Cuban | $9.08B | -$50.0M +$1.22B | United States | Technology |
| 400 | Michael Intrator | $9.07B | +$714M +$6.15B | United States | Technology |

| 401 | Michael Rubin | $9.00B | $0 | -$861M | United States | Retail |
| 402 | Xu Hang | $8.99B | $0 | +$502M | Hong Kong | Health Care |
| 403 | Maria Asuncion Aramburuzabala | $8.91B | -$49.6M | +$1.27B | Mexico | Diversified |
| 404 | Andrew Karam | $8.90B | -$28.2M | +$4.09B | United States | Technology |
| 405 | Andre Hoffmann | $8.87B | -$21.4M | +$2.09B | Switzerland | Health Care |
| 406 | Wang Weixiu | $8.86B | $0 | +$6.27B | China | Technology |

Bloomberg Billionaires Index

| 407 | Baiju Bhatt | $8.82B | +$335M | +$6.35B | United States | Technology |
| 408 | Gwendolyn Sontheim Meyer | $8.80B | -$191M | +$2.22B | United States | Commodities |
| 409 | Pauline Keinath | $8.80B | -$191M | +$2.22B | United States | Commodities |
| 410 | Li Shuirong | $8.73B | $0 | +$1.06B | China | Energy |
| 411 | Gayle Benson | $8.72B | $0 | +$840M | United States | Entertainment |
| 412 | Rahel Blocher | $8.72B | -$118M | +$1.22B | Switzerland | Industrial |
| 413 | Todd Boehly | $8.71B | +$982k | +$1.27B | United States | Diversified |
| 414 | Pat Stryker | $8.70B | +$30.7M | +$609M | United States | Health Care |
| 415 | Liu Yonghao | $8.70B | +$727k | +$1.23B | China | Diversified |
| 416 | Tony James | $8.69B | -$63.7M | +$741M | United States | Finance |
| 417 | Juan Roig | $8.68B | -$42.2M | +$2.57B | Spain | Food & Beverage |
| 418 | Trevor Rees-Jones | $8.67B | -$1.99M | +$780M | United States | Energy |
| 419 | Joe Ricketts | $8.59B | -$25.0M | +$886M | United States | Finance |
| 420 | Juan Carlos Escotet | $8.58B | +$101M | +$3.79B | Venezuela | Finance |
| 421 | Ding Shizhong | $8.54B | -$137M | +$1.32B | China | Consumer |
| 422 | Bill Ackman | $8.50B | +$7.42M | +$739M | United States | Finance |
| 423 | Zhang Congyuan | $8.50B | $0 | -$2.95B | Taiwan | Industrial |
| 424 | German Khan | $8.47B | +$2.32M | +$501M | Russian Federation | Diversified |

| | Name | Net Worth | Change | Total Change | Country | Industry |
|---|---|---|---|---|---|---|
| 425 | Francesco Gaetano Caltagirone | $8.47B | +$28.0M | +$2.62B | Italy | Diversified |
| 426 | Yasumitsu Shigeta | $8.40B | -$47.6M | +$1.36B | Japan | Media & Telecom |
| 427 | Geoffrey Kwok | $8.38B | +$36.3M | +$1.47B | Hong Kong | Real Estate |
| 428 | David Steward | $8.36B | +$112M | -$1.57B | United States | Technology |
| 429 | Riley Bechtel | $8.33B | +$78.3M | +$5.39B | United States | Services |
| 430 | Liz Mohn | $8.32B | +$257M | +$1.69B | Germany | Media & Telecom |
| 431 | Wang Xing | $8.30B | -$106M | -$3.14B | China | Technology |
| 432 | David Filo | $8.30B | -$50.0M | +$1.18B | United States | Technology |
| 433 | Richard Tsai | $8.29B | +$51.9M | +$855M | Taiwan | Finance |
| 434 | Remon Vos | $8.28B | -$518k | +$2.55B | Netherlands | Real Estate |
| 435 | Joe Lewis | $8.27B | -$63.1k | +$427M | United Kingdom | Diversified |
| 436 | Leonard Stern | $8.25B | -$25.0M | +$625M | United States | Real Estate |
| 437 | Gary Rollins | $8.25B | -$11.8M | +$1.41B | United States | Industrial |
| 438 | Alain Merieux | $8.24B | -$83.9M | +$1.54B | France | Health Care |
| 439 | Jeff Skoll | $8.23B | -$25.0M | +$1.00B | United States | Technology |
| 440 | John Brown | $8.23B | +$121M | +$456M | United States | Technology |
| 441 | Nathan Blecharczyk | $8.22B | -$16.3M | -$638M | United States | Services |
| 442 | Li Ge | $8.20B | +$45.0k | +$2.85B | United States | Health Care |
| 443 | Margot Perot & family | $8.20B | -$25.0M | +$1.18B | United States | Diversified |

| | | | | | |
|---|---|---|---|---|---|
| 444 | Dan Cathy | $8.19B | -$25.9M | +$192M | United States | Food & Beverage |
| 445 | Bubba Cathy | $8.19B | -$25.9M | +$192M | United States | Food & Beverage |
| 446 | Kerry Stokes | $8.18B | -$47.3M | +$1.19B | Australia | Industrial |
| 447 | Cho Jung-Ho | $8.17B | -$54.4M | +$1.01B | Korea, Republic of | Finance |
| 448 | Tahir | $8.16B | +$57.1M | +$6.06B | Indonesia | Health Care |
| 449 | Inder Jaisinghani | $8.16B | -$9.37M | +$85.7M | India | Consumer |
| 450 | Ding Shijia | $8.15B | -$130M | +$1.25B | China | Consumer |

| | | | | | |
|---|---|---|---|---|---|
| 451 | Kelcy Warren | **$8.12B** | $0 | -$283M | United States | Energy |
| 452 | Tatyana Kim | **$8.11B** | +$121M | +$736M | Russian Federation | Technology |
| 453 | Johann Graf | **$8.10B** | -$41.1M | +$3.60B | Austria | Entertainment |
| 454 | Dhanin Chearavanont | **$8.07B** | -$28.4M | +$1.97B | Thailand | Retail |
| 455 | Tyler Winklevoss | **$8.07B** | +$151M | +$2.20B | United States | Technology |
| 456 | Cameron Winklevoss | **$8.07B** | +$152M | +$2.20B | United States | Technology |
| 457 | Edward Roski | **$8.02B** | $0 | +$701M | United States | Real Estate |
| 458 | Daniel Tsai | **$8.02B** | +$25.4M | +$845M | Taiwan | Finance |
| 459 | Jeffrey Lurie | **$8.00B** | $0 | +$1.92B | United States | Entertainment |
| 460 | Joe Gebbia | **$8.00B** | -$19.1M | -$291M | United States | Services |
| 461 | Georg Nemetschek | **$7.97B** | -$61.0M | +$1.92B | Germany | Technology |

| | | | | | |
|---|---|---|---|---|---|
| 462 | Vera Michalski-Hoffmann | $7.97B | +$3.20M +$1.89B | Switzerland | Health Care |
| 463 | Maja Hoffmann | $7.97B | +$3.59M +$1.89B | Switzerland | Health Care |
| 464 | Jason Chang | $7.94B | +$268k +$1.09B | Singapore | Technology |
| 465 | Edward Cadogan | $7.89B | -$25.0M +$810M | United Kingdom | Real Estate |
| 466 | Vladimir Kim | $7.88B | +$113M +$829M | Kazakhstan | Commodities |
| 467 | Reed Hastings | $7.84B | +$70.6M +$1.41B | United States | Technology |
| 468 | Carlos Sicupira | $7.83B | +$52.0M +$635M | Brazil | Food & Beverage |
| 469 | Denise York | $7.83B | $0 +$1.54B | United States | Entertainment |
| 470 | Zhou Chaonan | $7.83B | $0 +$476M | China | Technology |
| 471 | Bob Rich | $7.83B | +$41.3M -$908M | United States | Food & Beverage |
| 472 | You Xiaoping | $7.82B | $0 +$754M | China | Industrial |
| 473 | Massimiliana Landini Aleotti | $7.81B | +$30.9M +$1.18B | Italy | Health Care |
| 474 | Blair Parry-Okeden | $7.81B | -$31.3M -$471M | United States | Media & Telecom |
| 475 | Jim Kennedy | $7.81B | -$31.3M -$471M | United States | Media & Telecom |
| 476 | Mohammed Al Amoudi | $7.78B | -$13.9M -$1.07B | Saudi Arabia | Energy |
| 477 | Benu Bangur | $7.77B | -$63.6M +$720M | India | Commodities |
| 478 | Roman Abramovich | $7.75B | +$25.0M +$839M | Russian Federation | Diversified |

| | | | | | |
|---|---|---|---|---|---|
| 479 | Jim Davis | $7.73B | +$34.8M | +$2.49B | United States | Services |
| 480 | Gordon Getty | $7.73B | -$50.0M | +$975M | United States | Consumer |
| 481 | Donald Trump & family | $7.71B | +$29.9M | +$1.24B | United States | Real Estate |
| 482 | Thomas Pritzker | $7.71B | -$16.4M | +$275M | United States | Finance |
| 483 | Laurence Graff | $7.70B | -$53.3M | +$1.60B | United Kingdom | Consumer |
| 484 | Scott Cook | $7.69B | -$1.20M | +$635M | United States | Technology |
| 485 | Stefano Pessina | $7.68B | -$25.0M | +$1.12B | Monaco | Retail |
| 486 | Rakesh Gangwal | $7.67B | -$42.7M | +$937M | India | Consumer |
| 487 | Pedro Moreira Salles | $7.66B | +$11.6M | +$1.39B | Brazil | Finance |
| 488 | Ivar Tollefsen | $7.64B | -$30.0M | +$2.08B | Norway | Real Estate |
| 489 | Georg Schaeffler | $7.60B | +$11.9M | +$3.00B | Germany | Industrial |
| 490 | Mitchell Rales | $7.58B | -$110M | -$587M | United States | Industrial |
| 491 | Dmitry Bukhman | $7.52B | +$9.43M | +$1.30B | Israel | Technology |
| 492 | Fernando Moreira Salles | $7.52B | +$8.03M | +$1.24B | Brazil | Finance |
| 493 | Igor Bukhman | $7.51B | +$9.43M | +$1.29B | Israel | Technology |
| 494 | Jim Davis | $7.51B | +$58.5M | +$1.21B | United States | Consumer |
| 495 | Marian Ilitch | $7.50B | -$13.2M | +$1.23B | United States | Food & Beverage |

| | | | | | | |
|---|---|---|---|---|---|---|
| 496 | George Soros | **$7.50B** | $0 | +$1.00B | United States | Finance |
| 497 | Vlad Tenev | **$7.50B** | +$277M | +$5.55B | United States | Technology |
| 498 | Michael Smith | **$7.48B** | +$15.7M | +$347M | United States | Energy |
| 499 | Zhang Hongchao | **$7.47B** | -$19.3M | +$3.45B | China | Food & Beverage |
| 500 | Helmut Sohmen | **$7.47B** | +$1.10M | +$1.69B | Austria | Industrial |

**Source:** Bloomberg reporting

**Methodology:** The Bloomberg Billionaires Index is a daily ranking of the world's richest people. In calculating net worth, Bloomberg News strives to provide the most transparent calculations available, and each individual billionaire profile contains a detailed analysis of how that person's fortune is tallied.

The index is a dynamic measure of personal wealth based on changes in markets, the economy and Bloomberg reporting. Each net worth figure is updated every business day after the close of trading in New York. Stakes in publicly traded companies are valued using the share's most recent closing price. Valuations are converted to U.S. dollars at current exchange rates... Read our complete methodology →

**Edited by:** Brian Chappatta, Tom Maloney, Jack Witzig, Pei Yi Mak and Andrew Heathcote

**Design & development:** Christopher Cannon, Dean Halford, Brittany Harris, Julian Burgess, Karina Ionkina and Ruby Wang

## Bloomberg Billionaires Index

Top 500 Richest | Profiles | Biggest movers | Compare fortunes | Track returns | Methodology

## Bloomberg

Terms of Service     Do Not Sell or Share My Personal Information     Trademarks     Privacy Policy

Careers    Made in NYC    Advertise    Ad Choices ▷    Help

©2025 Bloomberg L.P. All Rights Reserved.