# EXHIBIT 3

10/9/25, 12:23 PM

H.E. Justin Sun on X: "My personal HTX account balance (just for those who are saying I'm not using HTX much) @HTX_...

Case 1:25-cv-01007-CFC   Document 41-3   Filed 10/09/25   Page 2 of 2 PageID #: 510



← **Post**

**H.E. Justin Sun** 🧑‍💼 🌟 ✅ 🔻
@justinsuntron

My personal HTX account balance (just for those who are saying I'm not using HTX much) @HTX_Global



9:53 AM · Feb 27, 2024 · **1.5M** Views

💬 1K          ↻ 869          ♡ 3.4K          🔖 315          ↗

💬 Read 1K replies



**New to X?**

Sign up now to get you

G   Sign u

🍎   Sign

Creat

By signing up, you agre
Privacy Policy, includir

**What's happe**

**Gemi**
Starts

Politics · Trending
**Cabinet**
80.6K posts

News · Trending
**Nobel Peace Prize**
Trending with Fetterm
145K posts

Trending in United Sta
**Columbus Day**
1,692 posts

Politics · Trending
**#VenezuelaNoTier**
2,000 posts

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in