# EXHIBIT 5

Case 1:25-cv-01007-CFC    Document 41-5    Filed 10/09/25    Page 2 of 10 PageID #: 516

Download our mobile app: Nansen AI

Products ⌄    Solutions ⌄    Learn ⌄    Company ⌄    Launch App

# Justin Sun's Crypto Net Worth: A Look Into TRON CEO's Portfolio

Join 100,000+ Investors Getting Their Trading Edge From Nansen

Start for free →

Published on Feb 15, 2025          ⏱ 2 mins

 Nansen Intern

Case 1:25-cv-01007-CFC    Document 41-5    Filed 10/09/25    Page 2 of 10 PageID #: 517

Download our mobile app: **Nansen AI**

Products ⌄    Solutions ⌄    Learn ⌄    Company ⌄    ( Launch App )



⚛ Nansen

# TRON CEO Justin Sun's Crypto Portfolio

Justin Sun is one of the influential figures in the crypto world. As the founder of TRON, one of the largest blockchain ecosystems, many people are curious about his crypto holdings, wallet activities, and overall net worth. In this article, we'll explore his journey, examine his crypto portfolio, and estimate his current wealth.

Born in China in 1990, Justin Sun showed early entrepreneurial talent and technological aptitude.

He made headlines in 2017 when he founded **TRON**, a blockchain platform designed to decentralize the internet's content entertainment system.

His rise to prominence in the crypto world was marked by bold moves and high-profile acquisitions, including the **purchase of BitTorrent for $140 million** in 2018.

Case 1:25-cv-01007-CFC    Document 41-5    Filed 10/09/25    Page 4 of 10 PageID #: 518

Download our mobile app: **Nansen AI**

Products ⌄    Solutions ⌄    Learn ⌄    Company ⌄    Launch App

# Net Worth



As of early 2024, Justin Sun's estimated net worth ranges between $3 billion and $5 billion, primarily consisting of his crypto holdings and investments.

However, the volatile nature of crypto markets means this figure fluctuates significantly.

# Justin Sun's Crypto Portfolio

While the exact composition of Sun's crypto portfolio isn't entirely public, onchain data reveals significant holdings across multiple cryptocurrencies:

- TRON (TRX): As the founder, Sun holds a substantial amount of TRX tokens
- Bitcoin (BTC): Multiple wallet addresses linked to Sun show considerable BTC holdings

Download our mobile app: Nansen AI

Products ⌄    Solutions ⌄    Learn ⌄    Company ⌄    Launch App

- USDT: Large stablecoin reserves for trading and operational purposes



Token Balances on Justin Sun's crypto wallet address

# Justin Sun's Crypto Wallet Activities

Sun's crypto wallet activities are closely monitored by the crypto community. His main known wallets show regular movements of large amounts of crypto, particularly:

- Cross-chain transfers between TRON and Ethereum networks

- Large-scale stablecoin movements

- Strategic token swaps during market volatility

- DeFi platform interactions

Download our mobile app: **Nansen AI**



Products ⌄    Solutions ⌄    Learn ⌄    Company ⌄    **Launch App**

# Major Investments and Acquisitions

Sun's portfolio extends beyond just crypto holdings. Notable investments include:

- BitTorrent acquisition

- Poloniex crypto exchange

- Huobi Global advisory role and significant stake

- NFT collections worth millions, including works by Picasso and Andy Warhol

Case 1:25-cv-01007-CFC    Document 41-5    Filed 10/09/25    Page 7 of 10 PageID #: 521

# Moves and Market Impact

Sun's trading activities often create significant market movements. His wallet addresses are closely watched by traders and analysts, as large transfers can signal potential market shifts. Some notable events include:

- Moving over 9 figures in stablecoins to various exchanges

- Multiple instances of large TRX token burns affecting supply

- Strategic partnerships and ecosystem expansion investments

# Conclusion

Justin Sun's crypto portfolio and net worth represent one of the largest individual holdings in the crypto space.

While exact figures are difficult to verify due to the nature of blockchain anonymity, his influence on the market is undeniable.

Justin Sun's wallet activities continue to be closely monitored by the community, and his investment decisions often signal broader market trends.

Case 1:25-cv-01007-CFC        Document 41-5        Filed 10/09/25        Page 8 of 10 PageID #: 522

Download our mobile app: **Nansen AI**

on Nansen

Products ⌄    Solutions ⌄    Learn ⌄    Company ⌄    **Launch App**

## Disclaimer

The authors of this content and members of Nansen may be participating or invested in some of the protocols or tokens mentioned herein. The foregoing statement acts as a disclosure of potential conflicts of interest and is not a recommendation to purchase or invest in any token or participate in any protocol. Nansen does not recommend any particular course of action in relation to any token or protocol. The content herein is meant purely for educational and informational purposes only and should not be relied upon as financial, investment, legal, tax or any other professional or other advice. None of the content and information herein is presented to induce or to attempt to induce any reader or other person to buy, sell or hold any token or participate in any protocol or enter into, or offer to enter into, any agreement for or with a view to buying or selling any token or participating in any protocol. Statements made herein (including statements of opinion, if any) are wholly generic and not tailored to take into account the personal needs and unique circumstances of any reader or any other person. Readers are strongly urged to exercise caution and have regard to their own personal needs and circumstances before making any decision to buy or sell any token or participate in any protocol. Observations and views expressed herein may be changed by Nansen at any time without notice. Nansen accepts no liability whatsoever for any losses or liabilities arising from the use of or reliance on any of this content.

  

Download our mobile app: Nansen AI

Products ⌄   Solutions ⌄   Learn ⌄   Company ⌄    Launch App

## Related articles



### Top 10 Crypto Wallets of Public Figure to Track

Feb 12, 2025    🕐 2 mins

10/9/25, 12:41 AM
Case 1:25-cv-01007-CFC    Document 41-5    Filed 10/09/25    Page 10 of 10 PageID #: 524
Justin Sun's Crypto Net Worth: A Look Into TRON CEO's Portfolio | Nansen

Download our mobile app: **Nansen AI**

Products ⌄   Solutions ⌄   Learn ⌄   Company ⌄   **Launch App**

# Level Up Your Crypto Game Today

## Sign up today and stay ahead of the market.

**Start for free →**



## Company




About Us

Pricing

Affiliates

Careers

Press

Legal

## Resources

Insights

Blog

Points

Academy

Playbook

Help Center

## Contact Us

General Enquiry

Support

Press

## Soc

X (Twitt

Teleg

Disco

Linke

YouTu

© 2025 Nansen Pte. Ltd. All Rights Reserved.