IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-1007 (CFC) |
| v. | ) | |
| | ) | |
| BLOOMBERG, L.P., & BLOOMBERG, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF COMPLIANCE WITH TYPE, FONT, AND WORD LIMITATIONS**

This brief complies with the Court's Standing Order Regarding Briefing in All Cases. It has been prepared in Times New Roman 14-point type, and contains 4,984 words, which were counted by Microsoft Word.

Dated: October 23, 2025

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

*Attorneys for Plaintiff Yuchen Justin Sun*