IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-1007 (CFC) |
| v. | ) | |
| | ) | |
| BLOOMBERG, L.P., & | ) | |
| BLOOMBERG, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Yuchen Justin Sun ("Plaintiff") respectfully requests oral argument on Defendants Bloomberg, L.P. and Bloomberg, Inc.'s (collectively "Defendants") Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") (D.I. 40). The Motion was filed on October 9, 2025, and briefing was completed on October 30, 2025 (D.I. 41, 42 and 43). Counsel for Plaintiff are available at the Court's convenience for a hearing on the Motion.

1

Dated:  November 6, 2025                      BAKER & HOSTETLER LLP

                                              /s/ Jeffrey J. Lyons
                                              Jeffrey J. Lyons (#6437)
                                              1201 N. Market Street, Suite 1407
                                              Wilmington, DE 19801
                                              (302) 407-4222
                                              jjlyons@bakerlaw.com

                                              Teresa Goody Guillén
                                              Katherine L. McKnight
                                              1050 Connecticut Avenue, NW, Suite 1100
                                              Washington, D.C. 20036
                                              (202) 861-1630
                                              tgoodyguillen@bakerlaw.com
                                              kmcknight@bakerlaw.com

                                              Isabelle Corbett Sterling
                                              600 Montgomery Street, Suite 3100
                                              San Francisco, CA 94111
                                              (415) 659-2606
                                              isterling@bakerlaw.com

                                              *Attorneys for Plaintiff Yuchen Justin Sun*