IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUN, YUCHEN JUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1007-CFC |
| | ) | |
| BLOOMBERG L.P. AND BLOOMBERG INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

Pursuant to District of Delaware Local Rule 83.7, Defendants hereby notify the Court that Ian M. Swenson, previously admitted *pro hac vice* on September 12, 2025, (D.I. 24), has withdrawn as counsel for Defendants in this action. Defendants will continue to be represented by the firms of Young Conaway Stargatt & Taylor, LLP and Williams & Connolly LLP.

Dated: February 18, 2026

Of Counsel:

Thomas G. Hentoff
Nicholas G. Gamse
Tiffany Keung
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
thentoff@wc.com
ngamse@wc.com
tkeung@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 */s/ Robert M. Vrana*
James M. Yoch, Jr. (Bar No. 5251)
Robert M. Vrana (Bar No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Bloomberg L.P. and Bloomberg Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

Isabelle Corbett Sterling
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
isterling@bakerlaw.com

Teresa Goody Guillen
Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 100
Washington, D.C. 20036
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Robert M. Vrana
James M. Yoch, Jr. (No. 5251)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jyoch@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*