IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN, YUCHEN JUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-1007 (CFC) |
| v. | ) |
| | ) |
| BLOOMBERG, L.P., and | ) |
| BLOOMBERG, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yuchen Justin Sun hereby gives notice of the voluntary dismissal of this action without prejudice.  At the time of filing this Notice of Voluntary Dismissal, Defendants have not served an answer or motion for summary judgment.

Dated:  May 18, 2025

BAKER & HOSTETLER LLP

/s/ *Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

*Attorney for Plaintiff Yuchen Justin Sun*